UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELOISE EASTERLING, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02CV393 (MRK) |
| | : | |
| VS. | : | |
| | : | |
| STATE OF CONNECTICUT, DEPT. OF | : | |
| LABOR, OSHA DIVISION, ET AL., | : | |
| Defendants | : | OCTOBER 10, 2003 |

## STATUS REPORT OF DEFENDANT AFSCME, COUNCIL 4, AFL-CIO'S

Pursuant to the Court's Order Re: Status Report filed September 30, 2003 the Defendant AFSCME, Council 4, AFL-CIO (hereinafter "AFSCME") hereby files its Status Report as follows:

1. The Defendant AFSCME, Council 4, AFL-CIO filed a Motion to Dismiss on August 15, 2003. The Plaintiff responded with a Motion in Opposition to Summary Judgment which the Court has construed as an Opposition to AFSCME's Motion to Dismiss. AFSCME's reply is due on October 19, 2003.

2. No discovery has taken place pending a ruling on AFSCME's Motion to Dismiss.

3. Parties are awaiting a ruling on the motion to dismiss.

DEFENDANT, AFSCME, COUNCIL 4, AFL-CIO

By_____
J. William Gagne, Jr.
Law Office of J. William Gagne, Jr.
& Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT  06109
(860) 522-5049
Federal Bar No. ct24677