FILED
Oct 9  2:39 PM '03
U.S. DISTRICT COURT
N. CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELOISE EASTERLING,<br>*Plaintiff* | : <br> : CIVIL ACTION NO. 3:02CV393 (MRK) <br> : <br> : |
| v. | : <br> : |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF LABOR,<br>OSHA DIVISION, ET AL.<br>*Defendants* | : <br> : <br> : <br> : OCTOBER 8, 2003 |

## DEFENDANT STATE OF CONNECTICUT'S
## DEPARTMENT OF LABOR'S STATUS REPORT

The defendant State of Connecticut, Department of Labor, hereby complies with this Court's Order Re: Status Report dated September 30, 2003.

1. The defendant Department of Labor filed its Answer and Affirmative Defenses dated July 31, 2003.

2. The defendant AFL-CIO has filed its Motion to Dismiss dated August 15, 2003. The plaintiff responded with her "Opposition to Motion for Summary Judgment" which the Court has construed as Opposition to AFL-CIO's Motion to Dismiss.

3. The Court has afforded AFL-CIO until October 19, 2003 to reply. (Doc. #45).

4. The October 15, 2003 status conference was to include the possibility of the filing of dispostive motions by the parties.

5. However, because of the uncertainties surrounding whether AFL-CIO will remain a party defendant in this case by virtue of the continued pendency of its Motion to Dismiss, no substantive discovery has taken place.

6. The undersigned has spoken with the plaintiff Eloise Easterling on October 1, 2003 and counsel for the defendant AFL-CIO and discussed the defendant's Department of Labor's intention to file its Motion to Extend Discovery and any Time for Filing Dispositive Motions dates to afford the parties a reasonable time to conduct discovery after this Court's ruling on AFL-CIO's Motion to Dismiss. Both said parties agreed with defendant's Department of Labor's intended course of action. Accordingly, an Extension Request of even date herewith has been filed.

DEFENDANTS,
STATE OF CONNECTICUT,
DEPARTMENT OF LABOR,
OSHA DIVISION

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *(signature)*
Edward F. Osswalt
Assistant Attorney General
Federal Bar No. CT 15252
55 Elm Street -- P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
Email: Edward.osswalt@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid on this the 8th day of October, 2002 to:

Eloise Easterling, pro se
35 Imlay Street
Hartford, Connecticut 06105

J. William Gagne, Jr., Assoc.
1260 Silas Deane Highway
Wethersfield, CT  06109

                                               Edward F. Osswalt
                                               Assistant Attorney General