UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 7  2 11 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

ELOISE EASTERLING          CIVIL ACTION NO. 302CV393(MRK)
Plaintiff

v.                                                November 5, 2003

STATE OF CONNECTICUT DEPT. OF
LABOR, OSHA DIVISION, ET AL. AND
AFSCME COUNCIL 4
Defendants

Plaintiff, Eloise Easterling, request to respond to AFSCME Council 4, AFL-CIO's union reply to my opposition to summary judgment.

I don't know where this lawyer is coming from. I submitted the documents where they are requesting in writing to be included in the settlement agreement – and they were. And also, it was a trick that they played on me and reportedly made fun about it. I had never been in a union job before and the union knew. The union and the Labor Department interacted together to destroy my workplace. They interacted together to retaliate on me. Case-in-point, the Staff Rep. Gayle Hooker, sent me a letter stating that the union did not want to do any thing for me. And she said that I was to call and ask them to help me myself. I called everyday for about a week, day and night. Nobody ever answered that phone. I called to speak back to the Staff Rep. Gayle Hooker and she said I talked down to people but I didn't realize it. She then hung the phone up on me. The union used Gayle Hooker to do my representation simply because they did not have affirmative action policies in place for blacks. The chairman of the Democratic Party, John Olson, said that he agreed that Blacks and Hispanics are underrepresented in the

1

union and that he wanted to be a spokesman for them. He simply lied. They just don't represent them. Some Blacks and Hispanics don't know it. Some do know it. All of them are about to know it. They are not fools. They don't want lawyers to see what they do to those people because they could get a class action lawsuit. They tell all of the people when they pay their union dues that they represent them. When something happens to the Black and Hispanic workers, they find ways not to represent them and they make fun about it to their peers. That's fraud. They also tamper with the witnesses and the evidence. Case-in-point, Gayle Hooker told Catherine Cerrino, the director of Mediation and Arbitration, that Brigita Rainey, who works under her that Brigita had overhead and seen Carlotta Johnson run into her office and tell her that she would testify to what Scott Horr said for her. Catherine Cerrino's honesty is questionable. Brigita Rainey has filed a lawsuit on Catherine Cerrino and it is pending. Brigita has to go to another workplace because of it. She filed a civil rights lawsuit, so she has to go find a job somewhere else. It has been reported that she is being harassed very badly. Brigita Rainey was never picked up by the union staff representative. In stead, Gayle Hooker brought Carlotta Johnson in to the hearing to testify against me. Brigita new the truth, but she never picked her up. She never answered her call. She informed Catherine Cerrino about what Brigita had said to her. Gayle Hooker was no more than a hustler. The union stewart told me that Gayle Hooker was a lawyer and poor Brigita Rainey trusted her. They are nothing but criminals. I don't know how much money was paid to her for pulling that hoax. They should be dismantled. The union aided the Labor Dept. in retaliating on me by tampering with the evidence and tampering with the witnesses by not letting me know that they had no intentions of bringing in my witnesses that they

knew had the truth about what happened that day. All of the evidence that they had on previous charges where they had tried to frame me on was never presented to the hearing officer without me ever knowing about it. I was exonerated on all of those charges. They were always trying to frame me. They never told him. When I left the day of the firing, I thought they had turned over the evidence right. They always told me that that was what they were doing, so I trusted them. The union, as well as the Labor Department would make promises and always failed to keep them. Case-in-point, on the day of the Laudermill meeting, they called the U.S. Marshall and said they felt that I had a gun on me. I had to leave and there was no meeting held to defend for me. The Marshalls told me to go. I left. I had no gun. That was done intentionally. At the settlement conference, they promised me that I could work at other state agencies – while knowing full well that there was a never ending freeze on. They also knew that I could never work for a state agency again. They took away my affirmative action rights and also the right for the union to argue for me to get back to work. They also required me to give up my membership in the credit union. Why? They knew that I would never work again and that I would not be able to pay back my loans. They worked together to set me up good. They took advantage of the most vulnerable people. They would promise things and then they would not deliver on the promises. The State Labor Department utilized the AFSCME Council 4 to avoid giving them the affirmative action rights that was required to be in place for them. Just sitting back and looking at what I have had to endure and the fact that I was innocent tells the whole story and it proves it. That case was to be placed in a secret file I believe. That's why all of that bad conduct occurred I believe. The policies for our protection were not in play as they were required to be by Federal law. I

3

hope the civil rights leaders remind Atty. General Blumenthal that those Black and Hispanics voted in confidence for him three times. He may not be interested in what is going on against them as those people from his office stated, but he owes them to be. They are members of that Democratic Party too. There is a law on the books that says if an employee brings a case, it must be heard. The Republican Administration passed that law. I am an independent. My vote is up for grabs.

*Eloise Easterling, pro se*

_____
Eloise Easterling, Pro Se
Plaintiff
(860) 525-6330


## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage pre-paid on

this 5th day of November 2003 to all counsel below:

A.A.G. Edward F. Osswalt
A.A.G. Maria C. Rodriguez
55 Elm Street
P.O. Box 0120, Hartford, CT 06141-0120

Attorney Kimberly A. Cuneo, Esq.
Gagne & Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109
(860) 522-5049


_Jennie M. Camerato, Justice Of Peace_
Eloise Easterling, Pro Se
Plaintiff
(860) 525-6330