UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELOISE EASTERLING, | : | CIVIL ACTION NO. 3:02CV393(MPK) |
| *PLAINTIFF* | | |
| V. | : | |
| STATE OF CONNECTICUT, DEPARTMENT OF LABOR, OSHA DIVISION, ET AL. | | |
| *DEFENDANTS* | : | FEBRUARY 5, 2004 |

**MOTION TO MODIFY SCHEDULING ORDER**

The defendant, the State of Connecticut, Department of Labor, respectfully request a modification of the Revised Scheduling Order issued by the Court on October 10, 2003. The defendant requests a modification of the date by which discovery is to be completed, from February 12, 2004 until March 4, 2004, for the purpose of taking the plaintiff's deposition.

Counsel for the defendant requests this modification for the following reasons:

1. The plaintiff's deposition was scheduled for February 4, 2004 at 10:00 a.m.

2. At approximately 9:45 the plaintiff, a pro se, called Maria C. Rodriguez, counsel for the defendant, State of Connecticut, Department of Labor, stating that she would be late to the deposition. At 10:45 the plaintiff called and stated that she was unable to attend the deposition because of ice on the sidewalks as a result of a snowstorm. The plaintiff stated that her doctor said she could not walk in conditions like the ones outside and that she was afraid she would hurt herself. As a result she stated that the deposition would need to be rescheduled.

3. Attorney Maria C. Rodriguez, counsel for the defendant State of Connecticut and Attorney J. William Gagne, Jr., counsel for the defendant, AFSCME, Council 4, AFL-CIO, were

both present for the deposition.   The deposition that was scheduled was a joint deposition by both defendants.

     4.   Discovery is scheduled to close on February 12, 2004, however Attorney Gagne will be out of State from February 10, 2004 thru February 20, 2004.  Neither Attorney is able to re-schedule the deposition prior to February 10, 2004, due to prior commitments, including a deposition scheduled on February 9, 2004 in <u>Orsini v. State of Connecticut, et. al</u>., 3:03CV1949(AWT).

     5.   Defendants are therefore requesting a modification of the scheduling order to allow discovery to be completed by March 4, 2004, to take the deposition of the plaintiff.

     6.    This is the second request for enlargement of time filed by the defendant.

     7.   The plaintiff, Eloise Easterling, stated that she has no objection to the granting of this motion.  Attorney Gagne, counsel for the defendant, AFSCME, AFL-CIO also has no objection to the granting of this motion.

     WHEREFORE, the defendants requests, up to and including March 4, 2004, in which to take the plaintiff's deposition, thereby completing discovery.

          DEFENDANT,
          STATE OF CONNECTICUT,
          DEPARTMENT OF LABOR,
          OSHA DIVISION.

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL


BY: _____
     Maria C. Rodriguez
     Assistant Attorney General
     Federal Bar No. Ct 08946
     55 Elm Street, P.O. Box 120
     Hartford, CT 06141-0120
     Tel.: (860) 808-5340
     Fax.: (860) 808-5385
     EMail Address:
     Mariac.Rodriguez@PO.STATE.CT.US


## **CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Modify the Scheduling Order was mailed postage prepaid on this 5th day of February, 2004 to Eloise Easterling, pro se, 35 Imlay Street, Hartford, CT 06105 and J. William Gagne, Jr., Esq., Law Office of J. William Gagne, Jr., 1260 Silas Deane Highway, Wethersfield, CT 06109.

_____
Maria C. Rodriguez
Assistant Attorney General