FILED

FEB 11  3 07 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELOISE EASTERLING,<br>Plaintiff | : | CIVIL ACTION NO.<br>3:02CV393 (MRK) |
| VS. | : | |
| STATE OF CONNECTICUT, DEPT. OF<br>LABOR, OSHA DIVISION, ET AL.,<br>Defendants | : | FEBRUARY 10, 2004 |

### STATUS REPORT OF DEFENDANT AFSCME, COUNCIL 4, AFL-CIO

Pursuant to the Court's Revised Scheduling Order filed October 10, 2003, the Defendant AFSCME, Council 4, AFL-CIO [hereinafter "AFSCME"] hereby files its Status Report as follows:

1. The Defendant AFSCME, Council 4, AFL-CIO filed a Motion to Dismiss on August 15, 2003. The Plaintiff responded with a Motion in Opposition to Summary Judgment which the Court construed as an Opposition to AFSCME's Motion to Dismiss.

2. On October 17, 2003, Defendant AFSCME filed its Reply to Plaintiff's Motion in Opposition to Summary Judgment.

3. On November 10, 2003, Defendant AFSCME received a document from the Plaintiff entitled "Plaintiff, Eloise Easterling, request to respond to AFSCME Council 4, AFL-CIO's union reply to my opposition to summary judgment."

4. Plaintiff's deposition was scheduled for February 4, 2004 at 10 a.m. At approximately 9:45 the Plaintiff, a pro se, called Maria C. Rodriguez, counsel for the Defendant, State of Connecticut, Department of Labor, stating that she would be late to the deposition. At 10:45 the Plaintiff called and stated that she was unable to attend the deposition due to icy conditions. Attorney Maria C. Rodriguez, counsel for the State of Connecticut, Department of Labor and Attorney J. William Gagne, Jr., counsel for AFSCME were present for the deposition.

5. On February 5, 2004, the Defendant, State of Connecticut, Department of Labor filed a Motion to Modify Scheduling Order. The motion requests that discovery be extended up to and including March 4, 2004 in order to complete depositions. Parties are awaiting a ruling on such motion.

DEFENDANT, AFSCME, COUNCIL 4, AFL-CIO

By_____
J. William Gagne, Jr.
Law Office of J. William Gagne, Jr.
& Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109
Tel.: (860) 522-5049
Fax: (860) 571-6084
Federal Bar No. ct24677
Email: jwgagne@snet.net

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on February 10, 2004, to all counsel and pro se parties of record, as set forth below:

Ms. Eloise Easterling
35 Imlay Street
Hartford, CT 06105

A.A.G. Edward F. Osswalt
A.A.G. Maria C. Rodriguez
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
J. William Gagne, Jr.