UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELOISE EASTERLING, | : | |
| *Plaintiff* | : | CIVIL ACTION NO. 3:02CV393 (MRK) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF LABOR, | : | |
| OSHA DIVISION, ET AL. | : | |
| *Defendants* | : | FEBRUARY 10, 2004 |

**DEFENDANT, STATE OF CONNECTICUT,**
**DEPARTMENT OF LABOR'S STATUS REPORT**

The defendant, State of Connecticut, Department of Labor, hereby complies with this Court's Revised Scheduling Order, dated October 10, 2003, in which a Status Report was to be filed no later than February 16, 2004.

**(a) Status of the Case:**

1.      On October 10, 2003 the court issued a Revised Scheduling Order requiring the discovery be completed by February 12, 2004.

2.      On December 9, 2003, the Department of Labor sent interrogatories and requests for production to the plaintiff.

3.      The plaintiff responded to the Department of Labor's interrogatories and requests for production on January 20, 2004.

4.      On January 21, 2004, counsel for the Department of Labor sent out notice for a deposition on February 9, 2004.  On January 22, 2004, counsel for the Department of

Labor received notice of deposition scheduled by the defendant, AFSCME, Council 4, AFL-CIO, for February 4, 2004. Rather than have two separated deposition counsel for both defendants agreed to have one deposition on February 4, 2004. A Re-Notice of Deposition was sent for February 4, 2004 indicating that the two depositions had been combined.

5.     On February 3, 2004, counsel for the Department of Labor spoke with the plaintiff to confirm her attendance at the deposition. The plaintiff stated she would be attending the deposition the next day.

6.     On February 4, 2004, the plaintiff first called to state that she would be late, but that she would be attending the deposition. An hour later the plaintiff called to say that she could not attend the deposition because of ice on the sidewalks. The plaintiff also stated that she was afraid she would get injured and that her doctor informed her she could not walk in conditions like the one outside.

7.     On February 5, 2004, defense counsel sent out a Motion to Modify the Scheduling Order to allow discovery to continue until March 4, 2004. The defendant has not received a ruling on its motion.

8.     The deposition has been re-noticed for February 23, 2004.

9.     The Motion to Dismiss filed by the defendant, AFSCME, Council 4, AFL-CIO, also appears not to have been ruled on.

**(b)**     **Interest in Referral for Settlement Purposes**- Unknown at this time. Need to depose plaintiff to understand nature of claim.

**(c)**     **Trial Before a Magistrate Judge-** Department of Labor does not consent to a trial

before a Magistrate Judge.

**(d)**     **Estimated Length of Trial-** Unknown at this time.  Need to depose plaintiff to

understand the nature of her claim to be able to determine length of trial.


                                          DEFENDANT,
                                          STATE OF CONNECTICUT,
                                          DEPARTMENT OF LABOR,
                                          OSHA DIVISION

                                          RICHARD BLUMENTHAL
                                          ATTORNEY GENERAL


                              BY:     _____
                                          Maria C. Rodriguez
                                          Assistant Attorney General
                                          Federal Bar No. CT 08946
                                          55 Elm Street -- P.O. Box 120
                                          Hartford, CT 06141-0120
                                          Tel.:  (860) 808-5340
                                          Fax:  (860) 808-5383
                                          Email:
                                          Mariac.Rodriguez@po.state.ct.us

3

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid on

this the 10th day of February, 2004 to:

    Eloise Easterling, pro se
    35 Imlay Street
    Hartford, Connecticut 06105
    (860) 525-6330

    J. William Gagne, Jr., Assoc.
    1260 Silas Deane Highway
    Wethersfield, CT  06109
    (860) 522-5049


_____
Maria C. Rodriguez
Assistant Attorney General