UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELOISE EASTERLING, | : |
| Plaintiff, | : |
| v. | :   NO.   3:02cv393(MRK) |
| STATE OF CONNECTICUT, DEPARTMENT OF LABOR, OSHA DEPARTMENT, ET AL., | : |
| Defendants. | : |

**ORDER**

The Court having conferred with the parties telephonically on the record on February 23, 2004 in the above-captioned matter, the following is hereby ordered:

1) Defendant AFSCME, Council 4, AFL-CIO's Motion to Dismiss [doc. #40] is DENIED without prejudice and without consideration of the merits, with the expectation that defendant AFSCME, Council 4, AFL-CIO will refile their motion to dismiss as a summary judgment motion on **April 30, 2004**;

2) Plaintiff's Motion to Request an Extension of Time [doc. #43] is DENIED as moot;

3) Defendant AFSCME, Council 4, AFL-CIO's Motion for Extension of Time to Respond to Plaintiff's Motion in Opposition to Motion for Summary Judgment [doc. #46] is DENIED as moot;

4) Defendant State of Connecticut, Department of Labor's Motion To Modify Scheduling Order [doc. #53], dated February 5, 2004, is hereby GRANTED. Discovery will close on or before **March 4, 2004**;

1

5) Dispositive motions shall be filed by **April 30, 2004**. The plaintiff shall file a response by **May 21, 2004**.

IT IS SO ORDERED.

/s/            Mark R. Kravitz
                          U.S.D.J.

Dated at New Haven, Connecticut: February 23, 2004.