UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Monday, February 23, 2004

2:00 p.m.

CASE NO. **3:02CV393**   **Easterling v. Department of Labor, et al.**

Eloise Easterling
35 Imlay St
Hartford, CT 06105
PRO SE

Edward F. Osswalt
Attorney General's Office
Employment Rights
55 Elm St.
P.O. Box 120
Hartford, CT 06141-0120
860-808-5340

Maria C. Rodriguez
Attorney General's Office
Employment Rights
55 Elm St.
P.O. Box 120
Hartford, CT 06141-0120
860-808-5340

J. William Gagne, Jr.
J. William Gagne & Assoc.
1260 Silas Deane Hwy.
Wethersfield, CT 06109
860-522-5049

STATUS CONFERENCE HELD
DATE: 2/23/04

20 min.

Kimberly Ann Cuneo
J. William Gagne & Assoc.
1260 Silas Deane Hwy.
Wethersfield, CT 06109
860-522-5049

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK