FILED
MAR 5  2 17 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ELOISE EASTERLING          CIVIL ACTION NO. 302CV0393(MRK)
Plaintiff

V.

STATE OF CONNECTICUT
DEPARTMENT OF LABOR, ET AL
Defendants                 February 27, 2004

### MOTION TO SUBMIT THESE EXHITIS FOR MY CASE

I am submitting these documents to be used at trial.

Yours truly,

Eloise Easterling

Eloise Easterling, pro se
Plaintiff

*Eloise Easterling*

Eloise Easterling, Pro Se
Plaintiff
(860) 525-6330

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage pre-paid on this 1st day of March 2004 to all counsel below:

A.A.G. Maria C. Rodriguez
55 Elm Street
P.O. Box 0120, Hartford, CT 06141-0120

Attorney Gagne
Gagne & Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109
(860) 522-5049

*Eloise Easterling*

Eloise Easterling, Pro Se
Plaintiff
(860) 525-6330

LUZ H. NEGRON
NOTARY PUBLIC
MY COMMISSION EXPIRES SEPT. 30, 2006