UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT        FILED

| | | |
|---|---|---|
| ELOISE EASTERLING,<br>**Plaintiff** | : | CIVIL ACTION NO.<br>3:02CV393 (MRK) |
| | : | U.S. DISTRICT COURT |
| VS. | : | NEW HAVEN, CONN |
| | : | |
| STATE OF CONNECTICUT, DEPT. OF<br>LABOR, OSHA DIVISION, ET AL.,<br>**Defendants** | : | APRIL 23, 2004 |

### DEFENDANT AFSCME, COUNCIL 4, AFL-CIO'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

Pursuant to D.Conn. L.Civ.R. 7(b), defendant AFSCME, Council 4, AFL-CIO [hereinafter the "Union"] respectfully requests an extension of time, to **Monday, May 17, 2004,** to file its Motion for Summary Judgment.

This extension is requested because the undersigned counsel is a sole practitioner and has been involved in extensive litigation and court trials during these past few weeks.

The plaintiff, Eloise Easterling, was not able to be contacted for her position on this motion. Assistant Attorney General Edward Osswalt, counsel for co-defendants, has no objection to the granting of this motion.

This is the first time that the Union has sought an extension of this deadline.

WHEREFORE, the Union respectfully asks that the Court grant this extension.

2