UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELOISE EASTERLING,
    *PLAINTIFF*                                  :        CIVIL ACTION NO. 3:02CV393 (MRK)

    V.

STATE OF CONNECTICUT,
DEPARTMENT OF LABOR,
OSHA DIVISION, ET AL.,
    *DEFENDANTS*                           :        APRIL 30, 2004

## MOTION FOR SUMMARY JUDGMENT

The State of Connecticut, Department of Labor, OSHA Division; hereby moves for the summary judgment of the plaintiff's claims based on retaliation under Title VII of the Civil Rights Act of 1964, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56. A memorandum of law in support of this motion is attached hereto.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:_____
Maria C. Rodriguez
Assistant Attorney General
Federal Bar No. Ct 08946
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5385
Email Address:
Mariac.Rodriguez@PO.STATE.CT.US

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing was mailed postage prepaid on April 30, 2004, to:

Eloise Easterling, pro se
35 Imlay Street
Hartford, CT 06105

J. William Gagne, Esq.
Gagne & Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT  06019

_____
Maria C. Rodriguez
Assistant Attorney General