UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELOISE EASTERLING, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : NO. 3:02cv393 (MRK) |
| | : |
| STATE OF CONNECTICUT, | : |
| DEPARTMENT OF LABOR, | : |
| OSHA DEPARTMENT, ET AL., | : |
| | : |
| Defendants. | : |

## ORDER

Defendant AFSCME, Council 4, AFL-CIO's Motion For Extension Of Time To File Motion For Summary Judgment [doc. #59], dated April 23, 2004, is hereby GRANTED. Defendant AFSCME, Council 4, AFL-CIO shall file its Motion for Summary Judgment on or before **May 17, 2004**.

IT IS SO ORDERED.

/s/      Joan G. Margolis
UNITED STATES MAGISTRATE JUDGE

Dated at New Haven, Connecticut: May 5, 2004.