UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELOISE EASTERLING,<br>　　Plaintiff | :　CIVIL ACTION NO.<br>:　3:02CV393 (MRK)<br>: |
| VS. | :<br>: |
| STATE OF CONNECTICUT, DEPT. OF<br>LABOR, OSHA DIVISION, ET AL.,<br>　　Defendants | :<br>:<br>:　MAY 17, 2004 |

### DEFENDANT AFSCME, COUNCIL 4, AFL-CIO'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. Pro. 56, and D.Conn., L. Civ. R. 7 and 56, defendant AFSCME, Council 4, AFL-CIO [hereinafter the "Union"] hereby moves for an entry of summary judgment in its favor on the following grounds:

1. The Court lacks subject matter jurisdiction, because the complaint purportedly asserts claims under Title VII and the ADEA, but it does not raise issues of federal law with respect to the Union;

2. Because the plaintiff was a state employee, any claim for a breach of the duty of fair representation would arise under the State Employee Relations Act, Conn. Gen. Stat. §§ 5-271(d) and 5-272(b)(4), and the exercise of pendent jurisdiction would therefore require decision of a novel or complex issue of state law;

3. The plaintiff failed to exhaust her administrative remedies with respect to the Union;

4. The complaint fails to state a claim upon which relief may be granted against this defendant in that the plaintiff has failed entirely to allege any wrongful acts or omissions by the Union;

**ORAL ARGUMENT REQUESTED**

5. The plaintiff has failed to allege, and the evidence fails to establish, that the Union breached its duty of fair representation to the plaintiff; and/or

6. Even if the plaintiff had properly alleged and could prove a breach of the duty of fair representation, such claim is time-barred.

A memorandum of law, statement of undisputed facts, relevant supporting documentation, and notice to pro se litigant are attached hereto.

DEFENDANT, AFSCME, COUNCIL 4, AFL-CIO

By _____
J. William Gagne, Jr.
Gagne & Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109
(860) 522-5049
Federal Bar No. ct02126

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on May 17, 2004, to all counsel and pro se parties of record, as set forth below:

Ms. Eloise Easterling
35 Imlay Street
Hartford, CT 06105

A.A.G. Edward F. Osswalt
A.A.G. Maria C. Rodriguez
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
J. William Gagne, Jr., Esq.

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELOISE EASTERLING,<br>Plaintiff | : | CIVIL ACTION NO.<br>3:02CV393 (MRK) |
| VS. | : | |
| STATE OF CONNECTICUT, DEPT. OF<br>LABOR, OSHA DIVISION, ET AL.,<br>Defendants | : | MAY 17, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the defendant, AFSCME, Council 4, AFL-CIO, has this day manually filed the following documents:

1. Motion for Summary Judgment;

2. Memorandum of Law in Support of Motion for Summary Judgment;

3. Exhibits to Motion for Summary Judgment;

4. Statement Pursuant to D.Conn., L.Civ.R. 56(a)(1) in Support of Motion for Summary Judgment;

5. Notice to Pro Se Litigant Opposing Motion for Summary Judgment as Required by Local Rule of Civil Procedure 56(b).

These documents have not been filed electronically due to a software problem.

All such documents have been manually served on all parties.

DEFENDANT, AFSCME, COUNCIL 4,
AFL-CIO

By _____
J. William Gagne, Jr.
Law Office of J. William Gagne, Jr.
& Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT  06109
(860) 522-5049
Federal Bar No. ct02126

## **CERTIFICATION**

     I hereby certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on May 17, 2004, to all counsel and pro se parties of record, as set forth below:

Ms. Eloise Easterling
35 Imlay Street
Hartford, CT 06105

A.A.G. Edward F. Osswalt
A.A.G. Maria C. Rodriguez
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
J. William Gagne, Jr.