UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELOISE EASTERLING          CIVIL ACTION NO. 302CV393(MRK)

    Plaintiff

v.

STATE OF CONNECTICUT
DEPARTMENT OF LABOR
    Defendants          May 19, 2004

## PLAINTIFF'S MOTION IN OPPOSITION TO SUMMARY JUDGMENT

In opposition to summary judgment, I will say right up front that on March 4, when Attorney Maria Rodriguez said on the phone that I agreed to a new discovery, that she lied. Discovery came into play for the union. Attorney Gagne had never deposed me and I agreed to let him depose me. I missed the first time for the deposition because of a horrible storm that day. Attorney Rodriguez told me that in order to reschedule another deposition that I would have to have a new discovery. I had a walking cane at that time. I am much better now and expect to completely heal. She didn't say that she was trying to trick me in to getting a summary judgment. If she gets that it will go up on appeal to the 2nd. Circuit Court of Appeals. She knows that she cannot win on appeal. She has to get somebody to do something for her. At the end of the day it comes back and they will go in to court. That was an idea from Attorney Gagne. That's fatal to the position that she took on I didn't look enough for work. Whose going to hire someone who have been accused of threatening to kill somebody in their workplace. Willfull misconduct must be proven. Not fabricated. That charge if proven could send a person to prison for up to 10 years. Judge Robert N. Chatigny was not a neutral decision maker. He violated the

14th Amendment and Article 2. On February 23, 2004, the Honorable M.R. Kravitz never mentioned any summary judgment for the Department of Labor in his ruling. He mentioned the motion to modify the scheduling order. As far as the despositive motions, it was for the union. It says right there in the paper work. He signed it.

Background of willful misconduct charge: When a white co-worker by the name of Jennifer Sawrun was bumped by a black girl by the name of Marcia Tulloch through the union procedure, and another black person by the name of Aaron got hired in the OSHA Dept., I was contacted by Union Rep. Marie King after she had been talked to by my Supervisor Lucy Rizzo and Katherine Cerrino, the Mediation and Arbitration director, who is a close, close friend to Lucy and Jennifer Sawrun's aunt and mother and was told that the governor didn't want that many people there anymore. Too many people was four blacks instead of two in a work unit. There was about 40 white people within that unit. About 300 whites in the whole building and one Hispanic. They were getting away with only hiring the bare essence of minority hiring. The NAACP was giving them a pass because of the Union. Richard Palo was also instigating those complaints. He had brought his relative Jeffery Sailtus in to the work place and created a job for him and found a place in the budget for him. They had Debbie Gabriel type up a letter and sent the letter to personnel and placed it in my file. The letter stated that I had uncontrollable tendicies and a disease and was a danger to people in the workplace. That was not true. I found that letter along with the union steward Denice Woilke. She said that she would grieve it out. She took the letter to submit to the union to show that they had framed me. I didn't have anything wrong with me. I was also told by Richard Palo that the governor could make things happened for them. They used that letter to get me targeted out of the

2

workplace. Later on, I asked for a copy of the letter to show the court that the letter was used behind my back to get me targeted out of the workplace and wrongfully terminate me. I kept asking for the letter to be given up in discovery, but they never gave it up. I trusted that little union steward and she betrayed me. Maria Rodriguez went to Judge Donna Martinez and she told me that Rodriguez could not find the letter and I might as well leave that alone. During the arbitration hearing, that little union steward told me that she would be there, but she couldn't say anything unless Gayle Hooker said so. Gayle Hooker never let her speak Later on, Gayle Hooker sends me a letter stating that the union didn't want to do anything for me. The union and those two judges worked together to remove people from the workplaces for reasons that the union were not allowed to remove them for, but they had good cover to do so. Those judges were not neutral decision makers. That's against the law. The union was not a neutral decision maker either. I am thinking that they may be even charged with a crime. They also violated my 14th Amendment rights: equal protection under the law. The Due Process of Law Rights as well as Habeas Corpus and the Retaliatory statue.

I am not going to spend a lot of time with this. I'll spend more time if I have to put it up on appeal. Atty. Rodriguez mentioned that I was fired for willful misconduct. The warning that the judge stated that removed the Retaliatory charge with was questionable. The state paid me $125,000.00 for harassing me to get a phony suspension and warning. I had never been suspended or given a warning before. Later on they charged me with threathening to kill my co-workers which didn't pan out. Because of the warning I had received, the retaliatory statue was rejected. I was never warned inside a court room, I was never charged with threathing my co-workers in a court room. The judge called the

3

U.S.Marshals on me his self because of what Attorney Rodriguez had called and told him on the phone. He called them on me 2 ½ weeks later during a Laudermeer meeting that the Personnel Department had summoned me to attend. While I was sitting and waiting for the meeting to start, the U.S. Marshals came in to arrest me on charges that I had come there with a gun. They searched me. They found nothing. They asked why I was there. I told them that they sent for me. I showed them the letter. They told me to leave. They refused to prosecute me. I have already submitted the police report to the court. My Article Two rights were violated too. I was never charged with nothing in a court room and convicted of when the judge ordered me to be arrested. I believe they operated outside the box of the law. I was pro se. They took advantage of me. Attorney Rodriguez also mentioned that those persons charged in the complaint had their charges dismissed. The reasons the judge dismissed them is because of the $125,000.00 that they had paid, but she allowed the Retaliatory charge and other charge. She didn't tell you that she had removed a timely complaint that I had paid my $500.00 dollars for and replaced it with a dismissed complaint from the Justice Department from the U.S.District Court at 3550 Main Street in Hartford. The Justice Department said it was too late and that they were giving 911 investigations priority over every thing else. They mentioned the EEOC. The court personnel said she did it by mistake. I didn't buy that. The judge saw the current complaint later on. The retaliatory charge came through any way. Thomas Malecky, the personnel director, was fired about two weeks ago. I don't know why. He told Rodriguez to ask me if I checked back to see if there were openings now. They don't want blacks out there. Later on I found out that he had been fired or demoted. Now Rodriguez comes with this willful misconduct charge. Those people are so

4

crooked. Two months ago, the never-ending freeze was lifted after nine years. I found it out from the unemployment secretary. Rodriguez never told me. I mentioned it to her. She didn't say anything. She comes back with the fact that I didn't look long enough. Why did she insist that I give up my affirmative action rights? Then she charges willful misconduct. They should be allowed to prove that in court if they can. <u>They can't</u>. She told me during the settlement that Scott Horr had told her that he wasn't sure of what I said. What she told the judge was erroneous hearsay. He ordered the U.S. Marshals to arrest me. I had never appeared in court on the charge. She agreed that I could look for work somewhere else with the state, but not the Labor Department. She also demanded that I give up my right to use the Credit Union in which I was a long standing member. She didn't tell me that if they didn't arbitrate for me that I would never get back. I had never been in a union before. They knew what they were doing. While looking and checking for jobs, I was told by Natalie Campbell, the woman in personnel, that the hiring freeze had been on every since Gov. Rowland had been in office. They had pulled another trick just like now. The freeze was on for nine years. It was odd. The top legislators questioned what the governor was doing. Later on, it was revealed the positions were being filed by political appointees. The people were angry. If I had gotten a job, I would have been covered under the Medical Leave Act, vacation pay and sick time. They never proved that I did anything wrong. They simply played games. I have already entered the exhibits for this. They had changed the hiring policies. I am going to run this down to the Connecticut Bar Association and the Civil Rights Commission in Washington. This pass week, the Supreme court ruled that person can sue under the ADEA for disability and discrimination. The rule for retaliation is that if

5

you do anything at all to damage people after they file their civil rights lawsuits at all, they can sue. Case-in-point, the taking away of my rights to affirmative action. Also the clerk typist and clerk jobs she mentioned was positions below my job title. I was an Office Assistant. That would be $5,000.00 less than what I was making. I didn't do anything to be demoted. When Blacks start to move up to Secretary 1 and Secretary II level, or qualify to apply, they start trouble on them. They bring them back to positions at the level they accept them to work. They also make trouble on them until they leave Rodriguez had no right to require me to give up my Affirmative Action – that was my constitutional right. She is not the Supreme Court. They didn't mention how they hid evidence of my innocence at the hearing. In the courtroom, they won't be able to do that. I was innocent. She is trying to hang willful misconduct on a union trick of if I can trick you into signing a warning, even if the next thing you are accused of is not true, there isn't any hope for you. The Constitution, the Bill of Rights, the Magna Carte, 14th Amendment , Article Two, got more power than that. There is also the Fair Workers Law: If the complaint is made, the case must be heard. Whether I win or not, I have a right to have the case heard. The New Civil Rights Law of 2004 signed by 87% of Senators – both Democrats and Republican and was signed by President Bush has power over that. It states that you can not require workers to give up their rights. Why did I have to give up my affirmative Action – <u>to give me a hard time getting back to work</u> Why did she require me to give up my life time membership to the Credit Union. Why did she require me to go down to clerk typist? What she required was against the law. I attended a job fair sponsored by the State Labor Department – they all were not hiring. I believe Tom Malecky was fired because he suggested that I check back to the Labor

6

Department for work. He spoke that in the conference on March 4. They don't want too many Blacks out there. Rodriguez is also claiming willful misconduct. There was no proof of it. When a person makes an uncertain statement about what they thought they heard- that is called conjecture. That judge ordered my arrest. Last week, I was asked to come to Attorney Miniter's office to give an affidavit on behalf of Brigita Rainey. Debra Gabriel had accused Brigita Rainey of threathing a young lady by the name of Kristin who worked in Catherine Cerrino's office. Catherine Cerrino went to personnel to get Brigita fired. Brigita had filed a lawsuit on Catherine Cerrino. I see Rodriguez is handling the case for Catherine Cerrino too. There they go with that willful misconduct and threatening business. They don't realize that in court for the retaliatory charge – you have to prove it. Conjecture won't make it. Attorney Miniter is a skilled jurist. I see Rodriguez is around there again. He might make it pretty troubling for them. They don't need to try that. She should respect him. I pointed out to the lawyer that Brigita overhead Catherine Cerrino and Carlotta Johnson agreeing that Carlotta was to testify to the lie about me threatening my co-workers for her that Scot Horr told. Carlotta had no business making that false testimony for her. Catherine Cerrino had no business agreeing to that.

## FACTS

There is a material fact to this issue. I was an office assistant. I made $35,000.00 a year. Why place me in a position of clerk typist. She had no right to demote me. I would be making $30,000.00. Why did she deny me my affirmative action rights. Why did she deny my life time membership to the credit union. I was not to be damaged. She told me that she never heard tell of the 14th Amendment or Retaliation statue. They try hard to

7

keep blacks to a certain level. Once they are ready to move up, they fight them. You can get summary judgment only if there is not a schintilla of evidence of wrong doing. That is not the case here. Why does she expect me to take a demotion. What they did was set me up to get demoted. They upgraded the job I had to Secretary 1 or 2. They expect me to come back as a clerk typist. Why is she filing for summary judgment. They also will not be able to prove willful misconduct either. The unemployment people didn't buy it. The jury won't either. I don't see what she is messing around for. She states in the footnote that I am naming the AFLCIO too and that she is not representing them. That is correct.. The AFLCIO was to have their deposition and chance for summary judgment not her. The judge told her to get her scheduling order ready for trial. Why is she filing for this. That electronic format is used for Level 1 cases I believe. That is illegal. They can't do that any more. It is time to face off. She thinks something is wrong with me. I know something is wrong with her. I am not falling for what she is trying to put down. I have not received any summary judgment papers from the AFLCIO yet. I don't know why. I don't believe that they are going to win that either- not even at the trial. The intent is willful, the case is prima faci, there is room for argument. It is time to prepare for trial. The Magistrate that gave the order for an extension of time was a lady. Now Rodriguez is calling you the Magistrate. She is hiding something.

8

Eloise Easterling, Pro Se
Plaintiff
(860) 525-6330

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage pre-paid on this 19th day of May 2004 to all counsel below:

A.A.G. Maria C. Rodriguez
55 Elm Street
P.O. Box 0120, Hartford, CT 06141-0120

Attorney Gagne
Gagne & Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109
(860) 522-5049

Eloise Easterling, Pro Se
Plaintiff
(860) 525-6330

PRISCILLA C.
NOTARY PU
MY COMMISSION EXPIRES OCT. 31, 2003