UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELOISE EASTERLING,<br>    *PLAINTIFF* | :   CIVIL ACTION NO.3:02CV393(MRK) |
| V. | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF LABOR,<br>OSHA DIVISION, ET AL.,<br>    DEFENDANTS | :   MAY 27, 2004 |

**MOTION FOR LEAVE TO FILE NOTICE TO PRO SE LITIGANT
OPPOSING MOTION FOR SUMMARYJUDGMENT AS
REQUIRED BY LOCAL RULE OF CIVIL PROCEDURE 56(b)**

The defendant, State of Connecticut, Department of Labor, is filing this motion to request leave to file a Notice to Pro Se Litigant Opposing Motion for Summary Judgment As Required By Local Rule Of Civil Procedure 56(b). A copy of the Notice to Pro Se Litigant Opposing Motion for Summary Judgment As Required By Local Rule Of Civil Procedure 56(b) is attached hereto.

In support of this motion defense counsel represents as follows. On or about April 30, 2004, the State of Connecticut, Department of Labor filed a Motion for Summary Judgment, Memorandum of Law in Support of Motion to Dismiss and Local Rule 56(a)1 Statement of Material Facts as to Which There is No Genuine Issue to Be Tried. Defense counsel failed to file a Notice to Pro Se Litigant Opposing Motion for Summary Judgment As Required By Local Rule Of Civil Procedure 56(b). This is the first Motion for Summary Judgment defense counsel has filed against a pro se since Local Rule of Civil Procedure 56(b) went into effect and counsel was unaware of the

requirement. Defense counsel apologizes to the court for having failed to file the Notice as required by D.Conn.L.Civ.R. 56(b) and request leave to file it now.

On or about May 19, 2004, the plaintiff filed Plaintiff's Motion in Opposition to Summary Judgment. Defense counsel has no objection to the plaintiff, Eloise Easterling, pro se, having 21 days from the filing of the Notice to Pro Se Litigant Opposing Motion for Summary Judgment As Required By Local Rule Of Civil Procedure 56(b) being filed to file an Amended Motion in Opposition to Summary Judgment.

Wherefore, the defendant, State of Connecticut, Department of Labor request that this Motion for Leave to File Notice to Pro Se Litigant Opposing Motion for Summary Judgment As Required By Local Rule Of Civil Procedure 56(b) be granted.

DEFENDANT,
STATE OF CONNECTICUT,
DEPARTMENT OF LABOR

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Maria C. Rodriguez
Assistant Attorney General
Federal Bar No. Ct 08946
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
Email Address:
Mariac.Rodriguez@PO.STATE.CT.US

## **CERTIFICATION OF SERVICE**

I hereby certify that a copy of the Notice to Pro Se Litigant Opposing Motion for Summary Judgment As Required By Local Rule Of Civil Procedure 56(b), was mailed postage prepaid on May 27, 2004, to:

Eloise Easterling, pro se
35 Imlay Street,
Hartford, CT 06105
(860) 525-6330

J.William Gagne, Jr., Esq.
Law Office of J. William Gagne, Jr.
& Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109
(860) 522-5049

_____
Maria C. Rodriguez
Assistant Attorney General