UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELOISE EASTERLING,
    *PLAINTIFF*                  :    CIVIL ACTION NO.3:02CV393(MRK)

V.

STATE OF CONNECTICUT,
DEPARTMENT OF LABOR,
OSHA DIVISION, ET AL.,
    DEFENDANTS                :    MAY 27, 2004

**NOTICE TO PRO SE LITIGANT OPPOSING MOTION FOR SUMMARY
JUDGMENT AS REQUIRED BY LOCAL RULE OF CIVIL PROCEDURE 56(b)**

      The purpose of this notice, which is required by the Court, is to notify you that the defendant has filed a motion for summary judgment asking the Court to dismiss all or some of your claims without a trial. The defendant argues that there is no need for a trial with regard to these claims because no reasonable jury could return a verdict in your favor.

      THE DEFENDANT'S MOTION MAY BE GRANTED AND YOUR CLAIMS MAY BE DISMISSED WITHOUT FURTHER NOTICE IF YOU DO NOT FILE PAPERS AS REQUIRED BY RULE **56** OF THE FEDERAL RULES OF CIVIL PROCEDURE AND RULE **56** OF THE LOCAL RULES OF CIVIL PROCEDURE. COPIES OF THESE RULES ARE ATTACHED TO THIS NOTICE, AND YOU SHOULD REVIEW THEM VERY CAREFULLY.

The papers you file must show that (1) you disagree with the defendant's version of the facts; (2) you have evidence contradicting the defendant's version; and (3) the evidence you rely on, if believed by a jury, would be sufficient to support a verdict in your favor.

      To make this showing, you must file one or more affidavits disputing the defendant's version of the facts. An affidavit is a sworn statement by a witness that the facts contained in the affidavit are true to the best of the witness's knowledge and belief. To be considered by the Court, an affidavit must be signed and sworn to in the presence of a notary public or other person authorized to administer oaths. In addition to affidavits, you may also file deposition transcripts, responses to discovery requests, and other evidence that supports your claims.

If you fail to submit evidence contradicting the defendant's version of the facts, your claims may be dismissed without further notice. It is therefore very important that you read the defendant's motion, memorandum of law, affidavits, and other evidentiary materials to see if you agree or disagree with the defendant's version of the relevant facts. It is also very important that you review the enclosed copy of Rule **56** of the Local Rules of Civil Procedure carefully. This rule provides detailed instructions concerning the papers you must file in opposition to the defendant's

motion, including how you must respond to specific facts the defendant claims are undisputed (see Rule **56(**a)(2) and how you must support your claims with specific references to evidence (see Rule **56(**a)(3). If you fail to follow these instructions, the defendant's motion may be granted.

      You must file your opposition papers with the Clerk of the Court and mail a copy to the defendant's counsel within 21 days of the filing of the defendant's motion with the Clerk of the Court. This 21-day period is extended an additional three days if any of the conditions of Rule 6(e) of the Federal Rules of Civil Procedure are met (for example, if you received the defendant's motion by mail or overnight delivery service).

                                      DEFENDANT,
                                      STATE OF CONNECTICUT,
                                      DEPARTMENT OF LABOR

                                      RICHARD BLUMENTHAL
                                      ATTORNEY GENERAL

BY: _____
                                      Maria C. Rodriguez
                                      Assistant Attorney General
                                      Federal Bar No. Ct 08946
                                      55 Elm Street
                                      P.O. Box 120
                                      Hartford, CT 06141-0120
                                      Tel.: (860) 808-5340
                                      Fax: (860) 808-5383
                                      Email Address:
                                      Mariac.Rodriguez@PO.STATE.CT.US

## **CERTIFICATION OF SERVICE**

I hereby certify that a copy of the Notice to Pro Se Litigant Opposing Motion for Summary Judgment As Required By Local Rule Of Civil Procedure 56(b), was mailed postage prepaid on May 27, 2004, to:

Eloise Easterling, pro se
35 Imlay Street,
Hartford, CT 06105
(860) 525-6330

J.William Gagne, Jr., Esq.
Law Office of J. William Gagne, Jr.
& Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109
(860) 522-5049

_____
Maria C. Rodriguez
Assistant Attorney General

# RULE 56

## SUMMARY JUDGMENT

**(a) Motions for Summary Judgment**

   1. There shall be annexed to a motion for summary judgment a document entitled "Local Rule 56(a)1 Statement," which sets forth in separately numbered paragraphs a concise statement of each material fact as to which the moving party contends there is no genuine issue to be tried. All material facts set forth in said statement will be deemed admitted unless controverted by the statement required to be filed and served by the opposing party in accordance with Local Rule 56(a)2.

   2. The papers opposing a motion for summary judgment shall include a document entitled "Local Rule 56(a)2 Statement," which states in separately numbered paragraphs corresponding to the paragraphs contained in the moving party's Local Rule 56(a)1 Statement whether each of the facts asserted by the moving party is admitted or denied. The Local Rule 56(a)2 Statement must also include in a separate section entitled "Disputed Issues of Material Fact" a list of each issue of material fact as to which it is contended there is a genuine issue to be tried.

   3. Each statement of material fact by a movant in a Local Rule 56(a)1 Statement or by an opponent in a Local Rule 56(a)2 Statement, and each denial in an opponent's Local Rule 56(a)2 Statement, must be followed by a specific citation to (1) the affidavit of a witness competent to testify as to the facts at trial and/or (2) evidence that would be admissible at trial. The affidavits, deposition testimony, responses to discovery requests, or other documents containing such evidence shall be filed and served with the Local Rule 56(a)1 and 2 Statements in conformity with Fed. R. Civ. P. 56(e). Counsel and pro se parties are hereby notified that failure to provide specific citations to evidence in the record as required by this Local Rule may result in sanctions, including, when the movant fails to comply, an order denying the motion for summary judgment, and, when the opponent fails to comply, an order granting the motion.

   4. The Local Rule 56(a)1 and 2 Statements referred to above shall be filed and served along with the motion, memorandum of law and certificate of service required by Local Rule 7 and the Federal Rule of Civil Procedure 56.

**(b) Notice to Pro Se Litigants Regarding Summary Judgment.**

 Any represented party moving for summary judgment against a party proceeding pro se shall file and serve, as a separate document, in the form set forth below, a "Notice to Pro Se Litigant Opposing Motion for Summary Judgment." If the pro se party is not a plaintiff, or if the case is to be tried to the Court rather than to a jury, the movant will modify the notice accordingly. The movant shall attach to the notice copies of the full text of Rule 56 of the Federal Rules of Civil Procedure and of this Local Civil Rule 56**.**