FILED

Jun 15  2 10 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


ELOISE EASTERLING                    CIVIL ACTION NO. 302CV0393(MRK)
Plaintiff


V.S.


STATE OF CONNECTICUT
DEPARTMENT OF LABOR, ET AL
Defendants                           June 7, 2004


## MOTION TO REQUEST AN EXTENSION OF TIME TO ANSWER BACK IN OPPOSITION TO SUMMARY JUDGMENT

Your honor, I am requesting an extension of time to answer to summary judgment.

I am requesting to submit my report by June 17th, 2004. It will be timely. I have been

sick.

I received my copy of AFSCME 's report 6 days later than the 17th of June. This is my

first extension of time request.

Thanks,

*[signature: Eloise Easterling]*

Eloise Easterling, pro se
Plaintiff

*Eloise Easterling*

Eloise Easterling, Pro Se
Plaintiff
(860) 525-6330

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage pre-paid on this 7th day of June 2004 to all counsel below:

A.A.G. Maria C. Rodriguez
55 Elm Street
P.O. Box 0120, Hartford, CT 06141-0120

Attorney Gagne
Gagne & Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109
(860) 522-5049

*Eloise Easterling*

Eloise Easterling, Pro Se
Plaintiff
(860) 525-6330

SS. HARTFORD CT

June 7, 2004

CARLYLE L. HINDS
*NOTARY PUBLIC*
MY COMMISSION EXPIRES OCT. 31, 2008