**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ELOISE EASTERLING                           CIVIL ACTION NO.
   Plaintiff                                302CV0393(MRK)

V.S..

STATE OF CONNECTICUT,
DEPARTMENT OF LABOR
         &
AFSCME, COUNCIL 4, AFL-CIO                  June 6, 2004



**PLAINTIFF, ELOISE EASTERLING, PRO SE, MOTION IN OPPOSITION TO SUMMARY JUDGMENT.**

First of all, I received my copy of the report five days later. That was about May 23, 2004. The court probably received theirs on the 17th as planned. I wanted to make note of that. I called and let them know that I hadn't received it.

1. I disagree because the Union, AFSCME Council 4, intentionally framed me to cover up evidence in order for the Labor Department to violate my rights under Title VII and the ADEA. They partnered together to paint me as having committed willful misconduct, when they knew all the time that I was innocent.

2. When I filed with the EEOC, the director didn't say anything about that to me. He said that I could bring the suit in either court. He assured me. The right to sue paper states that as well. When I filed it in the Hartford U.S. District Court, they told me that too.

3. I believed what they told me. I can see clearly why the union did that horrible wrong to me. They refused to do anything for me. And they knew the lawyers wouldn't either if they didn't want to help me. So, they had the right-of-way to irretrievably breakdown my workplace. Every law that protected my rights was

1

broken because they had a scheme to get out of it. But, they should not be able to get away with that. The Fair Workers Stature should take care of that. That's why there was so much fighting in the workplace. That stature should help to ease that. The new Civil Rights Law that was passed by the Congress- Democrats and Republican should take care of that. I am thankful to both parties. When they work together, they can do great things. I am an independent, I cast my vote anywhere I want to. More minorities are learning to do that. They had a scheme up their sleeves. This trouble came under the Rowland administration. Now he is facing impeachment. What he did came around to him. They sent me a letter stating that they didn't want to <u>arbitrate for me or do anything for me</u>. Gayle Hooker, the staff rep. sent it. She was always very rude. <u>Now, they are claiming that I haven't exhausted my remedies</u>. There were no remedies to exhaust. They sent me letters twice. They made it plain to me. They did not want to do anything for me. Former director, Steven R. Wheeler, said that the union never submitted any mitigating evidence on my behalf, but they assured me that they were submitting it. Later on, Mr. Wheeler was fired a week later. I know the letter that was placed in my personnel file accusing me of having an incurable sickness and being dangerous to be around was destroyed by the union. They had placed that letter in my file and used that letter to target me out of the workplace. Attorney Rodriguez went to the judge and told her that it could not be found no matter what. That letter showed their intent to frame me. They never gave it up. That was defamation and fraud that they used to assault me under the color of the law The union and the Labor Department were partners in this crime. They had

everything they needed to get away with any crime on persons. They perjured them selves against the court. The union went through great pains to paint an innocent person guilty of wrong doing by ignoring evidence that proved my innocence. That union can be vicious. They were not neutral decision makers either. That violates Article II of the Constitution. There were 4 Blacks in that unit. There was supposed to be only two. The union allowed only two per unit, sometimes only one. Marie King, the union rep. had a meeting with me and told me if I wanted to keep working for the state, I was to find someplace else to work. That the governor didn't want that many people out there any more. I was targeted out of the workplace. The union aided them to get rid of me. They claimed I committed willful misconduct. The evidence proved otherwise. All a person has to do is look at the <u>police report</u> and the <u>unemployment report</u>. I was paid my unemployment benefits because it was not. The unemployment agency launched an investigation and found it out. I was paid all of my benefits. I don't know if holding a space for only two Black persons per unit is legal in a workplace. I have always believed that if a job is open, apply for it. Under the Rowland administration, obtaining jobs were different. He would send his friends and relatives over to jobs. If there was no space in the budget, they made room for them. That's what happened here. Please see the exhibits.

4. I told them plain as day. I am looking for $5, 000,000. In court and punitive damages. They deliberately overlooked evidence that showed my innocence, so I would be guilty. That's a hard pill to swallow. Then fix it so they wouldn't get caught at it. I am also looking to be placed back to work If I didn't do anything

and they can't prove that I did anything wrong, they got to let me back. The judicial rule is if evidence shows a person is innocent- they get back to work. In this case, they left the key witnesses to testify as to my innocence out intentionally in order to frame and make me appear guilty. The attorney said that they didn't know where Sevita Trivedi or Brigita Rainey was. They were at their desks waiting. Brigita said Gayle Hooker didn't come for them. That she was waiting to be picked up. The union steward, Denise Woike said that Gayle Hooker told her not to say anything. If you look at the complaints, the same union steward signed those grievances and handled them. If she didn't tell her to say something, Denise was not to say anything. She sat there as if she had no involvement or input to make for me. She knew the truth all along. She also destroyed that letter. They worked together to frame me. That letter told a story of the frame in full detail. I should be reinstated with back pay and benefits and raises that I would have been entitled to had they left me alone. They broke the fiduciary agreement. That freeze had been on for nine years. They knew it. They were setting me up to fail. The jobs available were clerk typist and I had been promoted to Office Assistant and I was getting ready to be tested for another promotion. Being a clerk typist would amount to me being demoted That would make me lose $5,000.00 a year and stop me from moving further ahead. They make sure Blacks stay at a certain level. If they don't, they harass them out. They have to be made to stop that. That's discrimination and retaliation. In court, I know I can prove my innocence. They know it too. That is why they are fighting so hard in order not to come to court.

5. That's not true. Marie King, the Union Rep., Gayle Hooker, Staff Rep., Denise Woike, the union steward. All of these persons had a roll in confiscating evidence, not telling the truth, working back and forth with Debbie Gabriel putting those false complaints on me as well as destroying evidence. Those complaints were set up to get a warning on me. That warning would cause me not to ever work again for the state. It would indicate willful misconduct. That is what the judge used. The warning to deny the retaliatory charge. That charge would enable me to get back to work if proven. That is why they schemed that. They had to pay $125,000.00 Tax Free for fighting on me in order to get that false warning. Marie King tricked me. She never said that they could use that against me. So, I signed to get my much needed money back. She had pulled it off. The union rep. knew that she couldn't fire me because 4 Blacks were there. So, she schemed along with Catherine Cerrino, Richard Palo, and Lucy Rizzo to put a false claim of willful misconduct on me. They tried their best to make it stick too. They are trying to make it stick even though they had to pay for harassing me to get it. That's a dirty bunch.

6. I don't know what he is talking about, but the police report and the unemployment ruling and the testimony of the two extra witnesses that were intentionally left out will prove otherwise. That's the affirmative that they tried to hide. As far as the time element is concerned, I served them timely. I paid that sheriff $300.00 to serve those complaints to all persons involved. When AFSCME received their complaint, Sal Luciano, the director, must have thrown it in the trash. He was rude. Judge Arterton asked why they weren't served, and I told her that they had

been served timely, but deliberately ignored the complaint. I had proof of that. I showed her the sheriff's paper. She instructed me on how to do it right and instructed me to reserve the complaint to them. She also told Director Sal Luciano that if he didn't answer back, that she would put the default through herself. I didn't know what I could do about it. I am pro se. They are answering this time, but they are claiming time-barred. That's not true. There is a catch -22 to that claim. That is one reason they moved the case to another judge. They are trying everything that they can to get away with what they did to me. It was shameful.

A memorandum of facts and Exhibits to support my claim is attached and some things have already been submitted. There is evidence to support my innocence of willful misconduct. They simply framed me. It will be proven in court.

## SUPPORTING FACTS FOR MY CASE

I requested in the very beginning of the case to include AFSCME in the lawsuit, as well as the retaliatory stature, but that judge simply ignored me. He ruled on party lines and not evidence. That's against the law. A timely complaint was filed that included the Union, but Sal Luciano wouldn't answer back until a year later. He knew that I was pro se and did not know how to put in a default. The judge pointed out what was required of me. No body tells pro se people very much in U.S. District Court. Attorney Maria Rodriguez worked with Sal Luciano and pulled that one on me. Case-in-point, Attorney Rodriguez removed that timely complaint that included the Union that was filed in Hartford and Sal Luciano, the director of AFSCME, never answered back to the timely complaint

and placed the dismissed complaint from the Justice Department in the U.S. District Court in New Haven. They changed judges, from Judge Underhill to Judge Arterton, a civil rights judge and labor law judge. When she asked me why I didn't sue the Union, I told her what happened. I sent the complaint timely, but they chose not to answer back. They ignored it. What Rodriguez did was fraud. The clerk said that she must have made a mistake. I just don't believe it was a mistake. They maneuvered to cover for each other. I presented the timely complaint and the judge saw it. They were up to their same old dirty tricks. I served it on them again and they accepted it and went to another judge. Attorney Gagne mentioned about me giving up my right to arbitration. They required that be given up along with the affirmative action. They knew that would ensure that I would never get back to work. These were outright criminals using the judicial system to commit crimes on defenseless people. Totally keeping them-selves in control to take advantage of people. I have explained about the serving of the lawsuit. I submitted a copy of that complaint to you already. Attorney Rodriguez created a scheme for them to get out of it. She replaced the document in District Court that was timely with a dismissed document. Then moved the case to New Haven District Court. The judge used the warning in order to deny the retaliatory stature previously. That was Judge Chatigny. That's why the union was allowing the harassment in order to get that warning. That was a <u>defining moment for them</u>. Then they concocted the threat story. The frame was complete. He would not allow injunctive argument. He told me to shut up. He called the U.S. Marshals for the Union and Labor Department on me. He made sure that they had an

advantage over me. A judge should be neutral. He helped them to get away with what they did.

They all had schemes to set me up to fail and not be able to defend myself. They knew the ropes. Justice is <u>not even</u> in this situation. In the second week of May, 2004, I was called by Brigita Rainey's attorney to give an affidavit on Ms. Rainey's behalf. Debra Gabriel, the person making up all of those false complaints had accused Brigita of threatening a white girl by the name of Kristen. Catherine Cerrino had gone over to personnel and wanted Tom Malecky, the personnel director, to fire her. I showed how they used Debbie to lie on people all of the time. As far as I know, Brigita is still there. Tom Malecky didn't fire her, but I hear he was fired or demoted. He is not in personnel now. Brigita has a lawsuit pending. Attorney Miniter is a skilled jurist. They might get caught this time. Brigita is going to testify on my behalf that she saw Carlotta Johnson tell Catherine Cerrino that she would make that false testimony against me for her. The threat scheme is used quite frequently. The person should be allowed to come in court and prove that they did not do that. That union took my money every payday to protect my right to work. <u>They framed me</u>. After Judge Janet B. Arterton made her ruling, the trial memorandum was set. When Attorney Gagne comes on the scene, Attorney Rodriguez is told to claim willful misconduct. That had been shown to be <u>false in the settlement</u>. The <u>unemployment decision proves that as well as the police report</u>. The union needed the Labor Department to aid them in their crime and the Labor Department used the Union to aid them in their crime. The Labor Department

case had been ruled on. The trial memorandum had been set. They had proposed to settlement earlier or later. Now the union needed them. They were in bed together in this crime. They are trying to claim that what they did was right. It wasn't. They wanted to appear newly added to the case to change the course of action. They were already added to it.

I. RELEVANT FACTUAL AND PROCEDURAL BACKGROUND

The union framed me

II. That is not true in this case. The U.S. Marshall's report, the unemployment ruling of other than willful misconduct. They left out two witnesses that they wouldn't bring in for the hearing. Brigita Rainey and Sevita Triveti. They knew the truth. The allegation and charges were unsubstantiated and fabricated. They paid me $125,000.00 for making those allegations on me and destroying my workplace. They could not prove that I had threathned anybody. The evidence was merky. The persons that I was talking to said that I didn't say anything. Three people said I didn't. Three people that I was not talking to said I did. Scott Horr said that he was not sure what I said. In this situation, the accused gets the benefit of that. They have to let that go according to law. Threatening to kill people is a felony. I was not brought in to court for that. The U.S. Marshals refused to prosecute me on that. They had gotten the warning and they needed another charge <u>false or true</u>. This shows an issue of material fact. I never did anything. They fabricated that stuff. Nothing

that they fabricated stuck on me. There is proof of that. The case is prima facie. It is time to move on into the courtroom where the truth may be found. Scott Horr knew that if he lies in court, he could get prison time. The rest of them knows that as well. An attorney told me that unless a judge hears a charge in court, the charge couldn't be used against a person. They blackballed me on that. There is plenty of evidence in the affirmative for me to prove my innocence. Those lawyers on Court T.V. always claim that too. They are skilled jurists. <u>This is the material fact that can affect the outcome of the case.</u>

<u>SUMMARY JUDGMENT CAN BE GIVEN ONLY IF THERE IS NOT A SCHINTILLA OF EVIDENCE THAT WRONG DOING OCCURRED.</u> What Attorney Gagne is arguing about is not the case here. **All of that case law that he is talking about – I don't understand. <u>I know that he was hired to make those lies stick for the union better.</u> <u>With my witnesses and neutral decision makers present, the truth will come out.</u>** Attorney Gagne is also covering for Catherine Cerrino. Please remember the case with Brigita Rainey and her lawsuit and the false threat charge that Catherine Cerrino tried to place on her that Debbie Gabriel told on her. The EEOC dismissed the case only because they did not have time to conduct a thorough investigation. That didn't mean that things didn't happen like I said. I was allowed to bring the case in court. That's where the truth will have a chance to come out. I am submitting a motion to have my case heard. I know that I will be set free then.

  c. **EEOC:** The Justice Department would allow them to investigate the case and bring them to trial. Instead, they allowed me to bring the case in court myself. They didn't tell me anything. There is no reason for the union to fabricate false evidence on people who are protected under the color of the law because they don't know how to defend themselves against them. A lot of crime can be committed on innocent people like that.

c. The claims for relief is $5,000,000. Punitive damages. Be placed back to work undamaged. No pay cut. No demotion required. Back pay paid. If the case is dismissed, I'll ask the Civil Rights Commission to suggest people that can help me successfully bring them up on appeal. They will also be able to get information out so the people can protect themselves against their wrong doing.

  2. The union framed me. They destroyed evidence that proved my innocence. They didn't bring witnesses to the hearing that could give compelling evidence that I was innocent . Those complaints made on me were false and fabricated. They always knew it. Marie King , the union rep. helped to instigate that stuff. There is proof of that. Catherine Cerrino, the Mediation and Arbitration Director; Richard Palo, the OSHA director; Lucy Rizzo, the administrative assistant; Jennifer Sawren's mother; Jeffery Sailtus, the cousin of Rich Palo, the director who created a job for him in the budget.

3. **IN SUMMATION: THIS CASE IS PRIMA FACIE- THERE IS ROOM FOR ARGUMENT IN COURT THAT WILL PROVE MY INNOCENCE**  No body should be set up to be demoted. There is the Retaliatory Law, the Fair Worker Law, the new Civil Rights Law of 2004 out there to protect worker's rights, but the union have steps in place to block those rights for them. These exhibits are included with document.

*[signature: Eloise Easterling]*
Eloise Easterling, Pro Se
Plaintiff
(860) 525-6330

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage pre-paid on this 7th day of June 2004 to all counsel below:

A.A.G. Maria C. Rodriguez
55 Elm Street
P.O. Box 0120, Hartford, CT 06141-0120

Attorney Gagne
Gagne & Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109
(860) 522-5049

*[signature: Eloise Easterling]*
Eloise Easterling, Pro Se
Plaintiff
(860) 525-6330

SS: HARTFORD CT
June 7, 2004

*[signature]*
CARLYLE L. HINDS
NOTARY PUBLIC
MY COMMISSION EXPIRES OCT. 31, 2005

# DEPARTMENT OF LABOR ~~VIOLENT~~ INCIDENT REPORT

*The Department of Labor defines a violent incident that requires reporting as "any threatening remark or overt act of physical violence against a person(s) or property, whether reported or observed." If in doubt, please report.

## 1. Background Information

Your name: __CARTER__ , __JEFF__
                Last              First                              ☒ Mr.   ☐ Mrs.

Your phone number: work - ( ) __506-4550__    home - ( ) _____

Your status:   ☒ DOL Employee    ☐ DOL Volunteer
               ☐ Visitor          ☐ Contractor
               ☐ Other _____

If a Department of Labor Employee:
  Your Department/Cost Center _____
  Supervisor's Name __MR DONALD HECKLER__

Incident's Date/Time __11-19-98__ , __APPROX 11:30__    ☒ am  ☐ pm

Location of Incident (circle all that apply): off property  (on property)  outside  (indoors)
Location description: __OUTSIDE MY OFFICE__
If off property, supply full address: _____

Were you:
Witness?  ___Yes  ___No          Responder? __X__Yes ___No
Victim?  __X__Yes  ___No   If yes, circle all that apply: physical abuse, verbal abuse, other
         (describe) _____

Injured?  ___Yes  __X__No   If yes, describe injury _____

## 2. Incident Information

a. Violence directed toward (circle all that apply) (yourself) (staff) visitor, partner, other

Name(s) of victim(s) other than yourself, or identifying information on victims
A. __SCOTT HOVE__
B. _____
C. _____

b. Assailant(s) was (circle all that apply): yourself, staff, visitor, partner, other
_____

Names(s) of assailants(s) or identifying information
1. __ELOISE EASTERLING__
2. _____
3. _____

c. Was a weapon involved?: ___Yes  X No  ___Not known

   If yes, please provide more information: _____
   Weapon was (circle):    gun    knife    other _____
   Weapon use (circle):    occurred    was threatened

d. Incident best described as (circle all that apply): (verbal) abuse, pushing/shoving, fighting, physical abuse, threats, injuries, other _____

e. Predisposing factors (check all that apply):

   _____ Intoxication                    _____ Dissatisfied with service/waiting time
   _____ Grief reaction                  _____ Prior history of violence
   _____ Gang related                     X   Employment related
   _____ Other (describe) _____

f. At or during the incident, assisting or present, were (circle):

   DOL Security          DOL Supervisor          Others

   Name(s) or identifying information of other witnesses:
   _____
   _____
   _____

g. Termination of incident:

   Incident diffused    ___Yes ___No
   Police notified      ___Yes ___No
   Assailant arrested   ___Yes ___No

   Disposition of assailant
   Stayed on premises      X
   Escorted off premises  _____
   Left on own            _____
   Other _____

   Restraints used: Yes or No
   If used, by:
     Police _____
     Type of restraints _____

Your detailed description of incident or other information (continue on back if necessary):

Mrs. Reno, they rewrote the statement after hearing the —

FIRST, I DIDN'T FEEL THREATENED AT ANY TIME THEREFORE WORDS ON HIS REPORT SUCH AS: ASSAILANT, VIOLENT, VICTIM, ABUSE DO NOT APPLY. LOISE APPROACHED MY OFFICE & SAID (NOTE! I DO NOT HAVE TOTAL RECALL OF ALL DETAILS) "IF SOMEONE IS TALKING ABOUT ME, THEY WILL BE ..." AT THIS TIME I'M NOT SURE IF SHE SAID "SHOT" OR "SHOCKED". I SAID "WHY ARE YOU TELLING ME THIS". SHE REPEATED HER STATEMENT & WALKED AWAY.

_____ [signature]     11-20-98
Your Signature                    Date

Please deliver or fax to the Director of Administration or Director of Facilities. Also, notify and provide your supervisor with a copy of this completed Injured Department of Labor employees must also complete a report of occupational injury and illness and submit it through appropriate channels Human Resources Unit.

# DEPARTMENT OF LABOR VIOLENT INCIDENT REPORT

*The Department of Labor defines a violent incident that requires reporting as "any threatening remark or overt act of physical violence against a person(s) or property, whether reported or observed." If in doubt, please report.

## 1. Background Information

Your name: __Gabriel__, __Deborah__  ☐ Mr. ☒ Mrs.
           Last            First

Your phone number: work - (860) 566-4550        home - (860) 871-6695

Your status: ☒ DOL Employee    ☐ DOL Volunteer
             ☐ Visitor         ☐ Contractor
             ☐ Other _____

If a Department of Labor Employee:
Your Department/Cost Center __OSHA Div 47000__
Supervisor's Name __Steven B Wheeler__

Incident's Date/Time __11/19/98__   __12:25__   ☐ am ☒ pm

Location of Incident (circle all that apply): off property (on property) outside indoors
Location description: __Administrative Assistant Desk__
If off property, supply full address: __on back__

Were you:
Witness? ___Yes ___No       Responder? ___Yes ___No
(Victim?) _X_Yes ___No  If yes, circle all that apply: physical abuse, (verbal abuse,) other
(describe) _____

Injured? ___Yes _X_No  If yes, describe injury _____

## 2. Incident Information

a. Violence directed toward (circle all that apply): (yourself,) staff, visitor, partner, other

Mrs. Reno, this is where the reffing came in. There was an
Name(s) of victim(s) other than yourself, or identifying information on victims
A. other statement submitted and I read twice at the
B. hearing. I wondering what happened to it. You are
C. not suppose to alter the documents after the hearing
for a decision. That wasn't fair.
b. Assailant(s) was (circle all that apply): yourself, (staff,) visitor, partner, other

Names(s) of assailants(s) or identifying information
1. _____
2. _____
3. _____

m. Vacahm
2/12/99

Was a weapon involved?: ___Yes  _X_No  ___Not known

If yes, please provide more information:
Weapon was (circle):     gun    knife    other _____
Weapon use (circle):     occurred    was threatened

Incident best described as (circle all that apply): (verbal abuse), pushing/shoving, fighting, physical abuse, threats, injuries, other _____

Predisposing factors (check all that apply):

_____ Intoxication                    _____ Dissatisfied with service/waiting time
_____ Grief reaction                  _____ Prior history of violence
_____ Gang related                    _____ Employment related
__X__ Other (describe) __I don't know__

At or during the incident, assisting or present, were (circle):

DOL Security        DOL Supervisor        (Others)

Name(s) or identifying information of other witnesses:
__Carlotta Johnson__

Termination of incident:            Incident diffused   ___Yes ___No
                                    Police notified     _X_Yes ___No
                                    Assailant arrested  ___Yes _X_No

Disposition of assailant                Restraints used: Yes or (No)
Stayed on premises    _____             If used, by:
Escorted off premises _____               Police _____
Left on own           __X__               Type of restraints _____
Other _____

Detailed description of incident or other information (continue on back if necessary):






Your Signature: _Deborah Gabriel_          Date: 11/19/98

or fax to the Director of Administration or Director of Facilities. Also, notify and provide your supervisor with a copy of this completed Department of Labor employees must also complete a report of occupational injury and illness and submit it through appropriate channels Resources Unit.

Exhibit III

| STATE OF CONNECTICUT | FOR OFFICIAL USE ONLY |
|---|---|
| ADMINISTRATIVE CLERICAL UNIT | Union Code: |
| GRIEVANCE FORM A (Rev. 4/18/96) | Mgmt. Code:    Agency-Fiscal-Yr-Series No. |

NAME OF GRIEVANT **Eloise Easterling**  AGENCY: **DOL**
FACILITY/WORK LOCATION **OSHA / WOLCOTT HILL**
OFFICIAL CLASS TITLE **Office Asst.**  DATE OF ALLEGED VIOLATION **6-24-98**
SPECIFIC CONTRACT PROVISION VIOLATED (ARTICLE, SECTION) **Articles 3 sec 1+2, 9 sec 1 (all pertinent), 15 sec 12(a), 16 sec 2+6, 31 sec 4 and all pertinent**

**Statement of Grievance (Facts and Issues Involved):** Grievant was called in by Supervisor, without offer for steward presence, given memo re: attendance, tardiness to include reprimand + conduct behavior warning/threat. A pattern of unfair treatment has been initiated as progressive disciplinary actions have not been followed, and records are being placed in inappropriate files. (See reverse for additional space)

**Specific Remedy Requested:** Remove memo + discard. Cease unfair treatment at once and be made whole.

(See reverse for additional space)

I hereby declare that all statements made herein are true and accurate to the best of my knowledge and I desire representation in this grievance as follows:

[X] My Representative will be **Denise Waike**     [ ] I will represent myself.

*Eloise Easterling*       *Denise Waike*
(Signature of Employee)       (Signature of Representative)

DATE FILED AT STEP I _____

**ANSWER AT STEP I (SUBAGENCY DESIGNEE)**

_____

(See reverse side for additional space)

(Signature of Respondent)  (Date of Meeting)  (Date of Response)

[ ] I acknowledge settlement of my grievance     [ ] I appeal decision and request review and response at next step

     *Denise Waike*
(Signature of Employee)       (Signature of Representative)

DATE FILED AT NEXT STEP **II 6/29/98**

DEFENDANT'S EXHIBIT 6 ID 2-23-04 KY