January 6, 1999

Middletown Connecticut
   Police Dept.
Reports & Records
P.O. Box 2794
Middletown, Ct 06457

Att: Maria

Dear Maria, per our telephone conversation on Monday, please send me a copy of the incident report # H-98-074013.

This incident occurred on Nov. 30, 1998 at 1:30 p.m. The officers involved were:
Sgt. James DeFelici
Mary Buckley - Search Officer
Benjamin Chamble
Address of incident: State of Connecticut Labor Dept. 200 Folly Brook Blvd. Wethersfield, Ct. 06109
Persons: Lee Palmer, personnel director;
Marge DeFede, personnel dept.

Steve Wheeler, director of OSHA.
Eloise Easterling, Office assistant.
OSHA Division. Enclosed is my money order.

Thank You.

Eloise Easterling
35 Imlay St.
Hartford, Ct. 06105

cc: Attorney General Janet Reno's
Justice Dept.
Washington, D.C.

JAN 07

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE
DPS-302-C REV. 1/83

## CONTINUATION OF INVESTIGATION REPORT

| CASE NUMBER | INCIDENT TYPE | PROSECUTOR'S REPORT HAS BEEN SENT | ☒ SUPPLEMENTARY | ☒ RE-OPEN | ☐ ASSIST | ☒ CLOSING |
|---|---|---|---|---|---|---|
| H98-074013 | Assist. St. Agency | | | | | |

ACTION TAKEN : On, 11-30-98, at 1250 hrs., I was sent to the Dept of Labor, 200 Folly Brook Rd., Withersfield, by the desk officer, TFC Hall, to assist Marge DeLude. Upon my arrival, I was met by M/Sgt. Chamble and Sgt. Defelice. At this time I was informed by Ms. DeLude that she and Steven R. Wheeler and Denise Worke, were meeting with a state employee, ELOISE EASTERLING, DOB: 12-30-45. Ms. DeLude stated the three of them were having a fact finding meeting with Ms. Easterling in regards to a prior complaint. Ms. DeLude stated the incident stemmed from allegations of threats made by Ms. Easterling to other employees. Because of the nature of the threats, Lee Palmer, Director of the Labor Dept., requested Ms. Delude to have Ms. Easterling searched by the police before the meeting took place, for the safty of his people. Prior to the meeting, Ms. Easterling voluntarily complied to the searching of her pocket book and a pat down search of herself. At that time I did the said search of Ms. Easterling, and found no weapons. Although, Ms. Easterling agreed to the search, she stated it was under protest.

After the search, I left the building without incident. No other action is anticipated on my part involving this incident.

TFC Jay Hall has this original case.

data ent'd 12-15-98

| STATUS OF CASE | 1. ACTIVE  2. CLEARED ARREST | 3. SUSPENDED  4. X-CLEARED | F. FUGITIVE  6. NO CRIMINAL ASPECT | CODE 6 | AGE OF OLDEST ACCUSED (MUST BE USED WHEN CODE 2 OR 4 USED.) | PAGE NUMBER 1-1 |
|---|---|---|---|---|---|---|
| SUPERVISOR'S SIGNATURE M/Sgt.Benjamin A. Chamble 12/15/98 | | ID NO. 0092 | INVESTIGATING TPR'S SIGNATURE TFC | | ID NO. 313 | DATE OF REPORT 12-2-98 |

MASTER COPY

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE
DPS-302-C REV. 7/95

**CONTINUATION OF INVESTIGATION REPORT**

| CASE NUMBER | INCIDENT TYPE | PROSECUTOR'S REPORT SENT | SUPPLEMENTARY | RE-OPEN | ASSIST | [X] CLOSING |
|---|---|---|---|---|---|---|
| H-98-074013 | Sus Incident | | | | | |

**ACTION TAKEN:**

This trooper went to the Federal Building located at 450 Main ST. in Hartford, CT. This trooper spoke with Judge Chatigny and Peter Gilles. Both parties were aware of the letter and had notified the U.S. Marshals of this letter. Both stated that they were not in fear of there safety.

This Trooper spoke to Don Heckler of the Dept. Of Labor. Heckler is the supervisor of the accused. According to Heckler the accused has been out spoken at the office and is a little paranoid. Heckler was asked if he felt the accused would be a safety risk at the work place he stated no.

This trooper informed all of the parties involved that if they felt in fear of there safety to contact the state police immediately. They were also given this case number to refer to if any incidents happen regarding the accused.

That on 03/18/98, this trooper contacted the Ass. States Attorney Wagner regarding this. She would contact Att. Thomas regarding this case to see if they would prosecute this case. On 03/19/98, This trooper spoke to Att. Waqner She stated that they would not prosecute this case, how ever notify all parties involved of this situation. She was advised by this trooper that it has already been done.

This case will be x- cleared at this time, due the fact that prosecution is being denied

STATUS OF CASE: 1. ACTIVE  2. CLEARED ARREST  3. SUSPENDED  4. X-CLEARED  F. FUGITIVE  6. NO CRIMINAL SPECT

CODE: 4

AGE OF OLDEST ACCUSED (MUST BE USED WHEN CODE 2 OR 4 IS USED.)

PAGE NUMBER: 3 OF 3

SUPERVISOR'S SIGNATURE
ID NO.
INVESTIGATOR'S SIGNATURE
Tfc. J.E. Hall
ID NO. 1206
DATE OF REPORT 04/13/98

# INVESTIGATION REPORT

| 8. DATE | 9. DATE | 2. INITIAL REPORT | TIME INCIDENT | 3. PROSECUTOR'S REPORT HAS BEEN SENT | 4. SUPPLEMENTARY | 5. RE-OPEN | 6. ASSIST | 7. CLOSING |
|---|---|---|---|---|---|---|---|---|
| 3/11/96 | 3/12/96 | | 1400 | | | | | |

| TIME INCIDENT | 10. TOWN | 11. TOWN CODE | 12. ADDRESS INCIDENT |
|---|---|---|---|
| 0001 | HARTFORD | 064 | 55 Elm St |

| 13. INCIDENT TYPE | UCR NO. | STATUTE NO. | 14. CRIME 2ND | UCR NO. | STATUTE NO. |
|---|---|---|---|---|---|
| SUSPICIOUS INCIDENT | 990 | | | | |

| 15. CRIME 3RD | UCR NO. | STATUTE NO. | 16. CRIME 4TH | UCR NO. | STATUTE NO. |

PERSON CODES: 1. ARRESTED  2. ACCUSED  3. COMPLAINANT  4. JUVENILE  5. SUSPECT  6. MISSING  7. VICTIM  8. WITNESS  9. ALIAS  X. DANGEROUS
RACE: W: WHITE  B: BLACK  I: INDIAN  A: ASIAN  H: HISPANIC  U: UNKNOWN  (Multiple entry, list lowest code first)

APR 17 1998

| 17. STATUS | LAST NAME | FIRST NAME | M.I. | SEX | RACE | D.O.B | AGE | ADDRESS | TELEPHONE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 2 | Easterling | Enoise | | F | B | 12/30/44 | 53 | 35 Imlay St Hartford, Ct | |
| 3 & | Rodriguez | Maria | | F | H | | | 55 Elm St Hartford Ct | 808-5192 |
| 7 | Connecticut | State of | | | | | | Dept Labor 38 Wolcott Hill Wethersfield | 566480 |
| 8 | Hecker | Ronald | | | | | | 38 Wolcott Hill Wethersfield Ct | 566480 |
| 8 | Chatigny | Judge | | | | | | 450 Main St Hartford Ct | 240-36 |
| 8 | Ginnes | Peter | | | | | | 450 Main St Hartford Ct | 240-36 |

Troop H

| OBJECT | MOTOR VEH | CURRENCY | JEWELRY | CLOTHING | OFFICE EQP. | TV-RADIO | FIREARMS | HOUSEHOLD | CONSUMABLE | LIVESTOCK | DRUGS | MISC. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALUE STOLEN | 18. | 19. | 20. | 21. | 22. | 23. | 24. | 25. | 26. | 27. | 28. | 29. | 30. |
| VALUE RECOVERED | 31. | 32. | 33. | 34. | 35. | 36. | 37. | 38. | 39. | 40. | 41. | 42. | 43. |

| V E H | STATUS | YEAR | MAKE | MODEL | BODY CODE | COLOR | STATE | REGISTRATION NO. | VIN |
|---|---|---|---|---|---|---|---|---|---|
| | 44. □ 1. STOLEN □ 2. SUSPECT □ 3. USED IN CRIME □ 4. VICTIM'S VEHICLE | 45. | 46. | 47. | 48. | 49. | 50. | 51. | 52. |

NO. OF VICTIMS 53.

BURGLARY 54. LOCATION: □ A. RESIDENCE  □ B. NON-RESIDENCE
55. TIME: □ A. NIGHT 6pm-6am  □ B. DAY 6am-6pm  □ C. UNKNOWN

LARCENIES 56. NATURE: □ BLACK & WHITE  □ POLAROID  □ COLOR  □ OTHER
57. AMOUNT: □ A. $200 and over  □ B. $50-$199  □ C. under $50

M.V. STOLEN 58. STOLEN: □ A. State Police Jurisd.  □ B. Other Jurisdiction
59. RECOVERED: □ A. State Police Jurisd.  □ B. Other Jurisdiction

60. WEAPON CODE
61. ROBBERY LOCATION CODE
62. AGE OF OLDEST ACCUSED INVOLVED
63. ARSON PROPERTY CLASSIFICATION CODE
64. STRUCTURE INHABITED? □ A. YES  □ B. NO
65. ESTIMATED TOTAL VALUE OF PROPERTY DAMAGE $
66. ASSAULT ON OFFICER □ A. YES  □ B. NO

HOMICIDE / RAPE / ASSAULT

67. PHOTOGRAPHS TAKEN? □ YES □ NO
68. SEARCH FOR PHYSICAL EVIDENCE? □ YES □ NO
69. NEIGHBORHOOD CANVASSED? □ YES □ NO

STATUS OF CASE: 1. ACTIVE  2. CLEARED ARREST  3. SUSPENDED  4. X-CLEARED
70. CODE: 4
PAGE NUMBER: 1 of 3
6. NO. CRIM. ASPECT

LATENT FINGERPRINTS DUSTED FOR? □ YES □ NO
ELIMINATION FINGERPRINTS TAKEN □ YES □ NO
K-9 USED □ YES □ NO
71. ID NO.
72. DATE OF COMPLAINT 3/12/96
73. DATE OF REPORT 4/13/96

SUPERVISOR'S SIGNATURE
INVESTIGATING TROOPER'S SIGNATURE
74. CRIMES ANALYSIS FORM: □ A. NOT REQUIRED  □ SP-317-C (AUTO THEFT, BURGLARY, ROBBERY)  □ SP-67-C (RAPE)

STATE OF CONNECTICUT DEPARTMENT OF PUBLIC SAFETY, DIVISION OF STATE POLICE

MASTER COPY

*SEE CODE LISTINGS ON OTHER PAGE

SP-683-C rev. 8/88

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE
DPS-302-C REV. 7/95

**CONTINUATION OF INVESTIGATION REPORT**

| CASE NUMBER | INCIDENT TYPE | PROSECUTOR'S REPORT SENT | SUPPLEMENTARY | RE-OPEN | ASSIST | [X] CLOSING |
|---|---|---|---|---|---|---|
| H-98-074013 | Sus Incident | | | | | |

**DATE & TIME OF INVESTIGATION:** On 03/12/98, at approximately 1400 hrs.

**DATE OF CRIME:** Between 0001 hrs on 03/11/98 and 1400 hrs on 03/12/98.

**PLACE:** 55 Elm St. Hartford, CT.

**SUMMARY:** That on the aforementioned date, time, and location the accused sent a letter. In this letter she stated that she was being unfairly treated in her grievance with the State of Connecticut.

**ACCUSED:** EASTERLING, Eloise    B/F    D.O.B    12/30/44
35 Imlay St.
Hartford, CT

Stated in a letter that she has been unfairly treated because she was black and the state was doing to her what they did to Matthew Beck. See attached letter for details.

**COMPLAINANT:** RODRIGUEZ, Maria    H/F    808-5190
55 Elm ST.
Hartford, CT

Rodriguez - Stated that she received a letter from the accused. She stated that she was not threaten by this letter in any way. She wanted the State Police to be aware of it, due to recent events at the lottery building.

**ACTION TAKEN:** That on 03/12/98, this trooper was sent to 55 Elm St., in Hartford, CT to investigate a possible threatening. This letter was sent to the Attorney Generals office.

Upon arrival this trooper met with Ass. Attorney general Rodriguez. She stated that she did not feel threaten in any way. She felt it might be a good idea to let the state police know of this letter due to the recent events at the lottery head quarters. See attached letter for details.

| STATUS OF CASE | 1. ACTIVE  3. SUSPENDED F. FUGITIVE  2. CLEARED ARREST 4. X-CLEARED 6. NO CRIMINAL SPECT | CODE | AGE OF OLDEST ACCUSED (MUST BE USED WHEN CODE 2 OR 4 IS USED.) | PAGE NUMBER |
|---|---|---|---|---|
| | | 4 | | 2 OF 3 |

| SUPERVISOR'S SIGNATURE | ID NO. | INVESTIGATOR'S SIGNATURE | ID NO. | DATE OF REPORT |
|---|---|---|---|---|
| | | Tfc. J.C. Hall | 1206 | 04/13/98 |

**UNEMPLOYMENT NOTICE**
UC-61 (R. 8/95)

1. CONN. REGISTRATION NO.: 0 2 0 0 8 9 5
2. MCCI CODE/CLOCK NUMBER:

3. COMPANY NAME, STREET, TOWN, STATE and ZIP CODE — ADDRESS TO WHICH NOTICE OF FACT FINDING HEARING WILL BE SENT:
R. E. HARRINGTON, INC.
P.O. BOX 11874
FEDERAL SQUARE STATION
HARRISBURG, PENNSYLVANIA 17108-1874

4. EMPLOYEE'S NAME: Eloise Easterling
5. EMPLOYEE'S SOCIAL SECURITY NO.: 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

6. WAGES FOR LAST WEEK OF WORK FROM SUNDAY TO DATE LAST WORKED (if less than full week)
NO. OF HOURS: 16    WAGES: 240.96

7. LENGTH OF MOST RECENT PERIOD OF EMPLOYMENT: YRS. 9   MOS. 6   DAYS 7

8. DATE LAST WORKED: 11/19/98
9. RETURN TO WORK DATE (Only if definite):

10. Will any payment be made or has any payment been made which is not wages for work actually performed? ☐ NO  ☒ YES

11. REASON FOR UNEMPLOYMENT:
1. ☐ Lack of work
2. ☐ Voluntary leaving
3. ☐ Discharged for willful misconduct
4. ☐ Discharged for felonious conduct or larceny
5. ☒ Other: Discharged

12. TYPE OF PAYMENT (if yes above): 1. Severance  2. Vacation  3. Holiday  4. Other

13. LAST DATE COVERED BY PAYMENT

| TYPE | No. of Hours/Days Covered | AMOUNT | DATES COVERED |
|---|---|---|---|
| 4 | 22 das. | 2,650.21 | 11/20–12/22/98 |
| 3 | 1 da. | 120.64 | 11/26/98 |
| 2 | 9 das. 4 hrs. 23 mins. | 1,150.17 | 12/23–1/7/99 |

14. I certify that the information in this notice is true and correct.

SIGNATURE AND TITLE OF OFFICIAL: [signature]    DATE: 12/22/98
Payroll Officer

Office Use  Clmt. Stmt. Yes ☐

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELOISE EASTERLING,
    PLAINTIFF

Civil Action No. 397CV02274(RNC)

v.

STATE OF CONNECTICUT,
DEPARTMENT OF LABOR
OSHA DIVISION
    DEFENDANT

March 11, 1998

RESERVATION OF KEEPING MY RETALIATORY CHARGES

Dear Judge Chatanay:

On Thursday, March 5, 1998, at 3:00 O'Clock, Mr. Gillis decided not to put my retaliatory charges with my discrimination lawsuit. I totally object. He just wanted to gut the case. I will not stand for anyone to tear up my case. It is an extremely egregious case of misconduct and I will not stand for anyone to tear it up. I submit my copy of the retaliation charges that went to the Human Rights Commission. I know the law on retaliatory charges. Mr. Gillis didn't fool me a bit. It took me only 3 minutes to size him up. On Wednesday, March 4, 1998, John Volk, the company lawyer and Eileen Muirehead, a member of management was giggling all day long out loud. Making fun of me. What they had done was to get Mr. Gillis to gut that case. On Thursday, March 5, 1998, he ask Maria Roderiguez if she wanted him to dismiss the case. He didn't have any thing to say to me at all. I know that he must have thought that I was somebody's fool, coming in there without a lawyer, but I wasn't. I was keeping that case alive until the lawyer can step in. That case will go to the docket. My workplace has been broken down on me because I am Black and somebody is going to pay. They did to me what they did to Mathew Beck. He took them out. The courts have to work. It is the only system that we have. We have to solve our differences that way. John Volk had been over at that Lottery Headquarters, and he was there when it happened. I feel that he was up to some of his tactics of covering up things. Mathew Beck gave them five bodies, and shocked the mess out of him. He didn't get a chance to pull that one off. I know that he and Catherine Serrino, the Mediation and Arbitration director are out to keep that case out of court. They can forget it. Any tricks they pull, I will be fighting back. Maria Roderiguez lost her chance to settle. Once the lawyers step in I am heading straight to court.

State Agencies are not run properly, and somebody in the position of authority such as you have to know about it. There was lot to what happened than met the eye on Friday, and it is coming out soon. Management doesn't want to respect Union Requirements and it is blowing up in their faces. John Volk and Catherine Serrino's tactics in the workplace will not be tolerated by me. I will be fighting them every step of the way. I am not a lawyer. But, I am not crazy. I can see right through their dealings.

Eloise Easterling pro se
Eloise Easterling