UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELOISE EASTERLING, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   NO.   3:02cv393 (MRK) |
| | : |
| STATE OF CONNECTICUT, | : |
| DEPARTMENT OF LABOR, | : |
| OSHA DEPARTMENT, ET AL., | : |
| | : |
| Defendants. | : |

**ORDER**

Plaintiff's Motion To Request An Extension Of Time To Answer Back In Opposition To Summary Judgment [doc. #70], dated June 7, 2004, is GRANTED nunc pro tunc. Plaintiff shall respond to Defendants' Motion For Summary Judgment on or before **June 17, 2004**.

IT IS SO ORDERED.

/s/   Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: June 21, 2004.