UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELOISE EASTERLING, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 3:02cv393 (MRK) |
| : | |
| STATE OF CONNECTICUT, : | |
| DEPARTMENT OF LABOR, : | |
| OSHA DIVISION, ET AL., : | |
| : | |
| Defendants. : | |

## ORDER

The Plaintiff having received Defendants' Motion for Leave to File Notice to Pro Se Litigant Opposing Motion for Summary Judgment As Required by Local Rule of Civil Procedure 56(b) [doc. # 69], and the Plaintiff having filed her opposition [doc. #71] to the Defendants' motion, the Court hereby DENIES as moot the Defendants' Motion for Leave to File Notice to Pro Se Litigant Opposing Motion for Summary Judgment As Required by Local Rule of Civil Procedure 56(b) [doc. #69].

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: August 16, 2004.