UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELOISE EASTERLING, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.   3:02cv393(MRK) |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF LABOR, | : | |
| OSHA DEPARTMENT; AFL-CIO UNION | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT

This matter came on for consideration on defendants Motions for Summary Judgment before the Honorable Mark R. Kravitz, United States District Judge. The Court has reviewed all of the papers filed in conjunction with the motions and on February 1, 2005, entered a Memorandum of Decision granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 1st day of February 2005.

KEVIN F. ROWE, CLERK
By
  /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____