United States District Court
District of Connecticut

FILED
2007 FEB -5 P 2: 32
U.S. DISTRICT COURT
NEW HAVEN, CT

Eloise Easterling
   Plaintiff
      v. s.
State of Connecticut,
Department of Labor,
OSHA Division, Et Al

November 27, 2006

Civil Action No.
3:02CV393(MJK)

AFSCME, Council 4, AFL CIO
   Defendants

I, Eloise Easterling, pro se, plaintiff,

Motion to have my appeal to come

through the Connecticut Supreme Court

The reason I am late is that at the

time, the decision came down for me

to appeal it, I was gravely ill. I

was placed on Life Support after.

Please Note! I am requesting an extension of time.

U. S. District Court
New Haven, Ct
 Page Two

That happened in February, 2006. The records of my hospital stay is at Millard-Fillmore Hospital in Buffalo N.Y. My records for a little stroke that I had is at St. Francis Hospital in Hartford, Ct. I can produce all of my medical records if you require.

I need a <u>neutral facilitator</u> on this case. I don't feel that the U.S. District Court treated me fair at all.

Please note: I am healing now. I am on Medicare. When I said a little stroke, it was because I healed from that stroke.

U. S. District Court
New Haven, Ct.
Page Three

Some people don't heal I healed from that, but my arthritis still has a crippling hold on me. I expect to heal from that too.

The methods that used to keep my name from being cleared was illegal. Case-in-point, when the Labor Dept. fined me, they put other on my records. They called the U. S. Marshalls on me. I was exonerated by the prosecutors. The case was X-out They found nothing to pursue.

U. S. District Court
New Haven, Ct.
Page Three

In Criminal Cases, a person can file a "Writ of Habeas Corpus." In civil cases, I don't know what to do.

Perhaps the Attorney General's office. But he had agreed to settle the case.

It was his Asst. Attorney General, Maria Rodriguez, that caused the trouble. She wanted to not pay me for all of the time, which means Three or so years. That's not fair, those people caused me a lot of pain for all of those years. The amount of time goes into the Ninth year

U. S. District Court
New Haven, Ct.
Page 3a.

After, I declined to give up a truck of years for free, I told that I wanted to go trial, she went to the judge and had the case dismissed. They never notified me until two & half years later, when Judge Mark R. Kravitz was granted his federal judgeship. The case, as far as Court Procedures, was not timely. They also was not truthful in talking to authority. Judge Janet B. Arterton had had fact-finding discovery done 2½ years earlier — and based her ruling on the law.

U. S. District
New Haven, Ct.
Page Four

I was black balled. My records sent to the unemployment Administration listed Other (0) than Wilful. In Civil cases, the intent must be wilful. It was wilful misconduct on behalf of the Labor Dept. and the Union. Case-in-point, I fully collected my unemployment for nine months. They paid me $125,000.00 dollars for harrassing me, tax free. I was exonerated by the prosecutors and not arrested by the U. S. Marshalls. If the police is called into your work place,

U. S. District
New Haven, Ct.
Page Five

You'll never get back to work, and that is why, as Mr. Wheeler, the director of OSHA at that time, called the police on me. Even if you are inoscent, it doesn't matter. "That's not justice." The courts require the Erasure Law to take place in desmissed cases or cases that have been Xed-out even if the Person is Black like me.

I am requesting for the Ct. State Surpreme to request an "Order of Proof" - Willful misconduct. Okay, prove it.

Thanks, if granted.

U. S. District Court
New Haven, Ct.
Page Six

Eloise Easterling, pro se
Plaintiff

C.C.: U. S. Attorney General Alberto Gonzales
    Civil Rights Division.
C.C.: The Honorable Gov. Jodi Rell.
    210 Capitol Ave.
    Hartford, Ct 06106
C.C. Attorney Richard Blumenthal, Ct.
C.C. 210 Sherman St.
    Hartford, Ct. 06105
C.C.: Rep. Kenneth D. Green
    Ct. Judiciary

Note: My name will be cleared, even if I have to request before the U.S. Senate. I am innocent - I can prove it. Case-in-point, the judge used a memo with no name on it to destroy my work place. It was unsupported by evidence, not verified. That's against States law.

## Certification

I hereby certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, to:

Asst. Attorney General Maria Rodriguez
55 Elm St.
P.O. Box 120
Hartford, Ct. 06141-0120

J. William Gagne, Jr.
Attorney for Defendant,
AFSCME, Council 4,
AFL-CIO
Law Office of J. William Gagne, Jr. + Associates, P.C.
1260 Silas Deane Highway
Wethersfield, Ct. 06109

Eloise Easterling, pro se, Plaintiff
Eloise Easterling, pro se.

On this 29th Day Of December 2006
Eloise Easterling                    before Me
Judy A. Hamner

JUDY A. HAMNER
Notary Public, State of New York
No. 01HA6148672
Qualified in Erie County
Commission Expires June 26, 2010