U. S. District Court
District of Connecticut

FILED
2007 FEB -7 P 2:32
U.S. DISTRICT COURT
NEW HAVEN. CT

Eloise Easterling, pro se    Dec. 29, 2006
    Plaintiff
        V. S.
State of Ct, Dept. of Labor,    Civil Action No.
O S H A Division            302(C.V.)393(MRK)
    Defendants

A F S C M E, Council 4,
A F L C I O
    Defendants

Re: Motion to Change Venue for the
    Appeal of My Case to the Ct. State
    Supreme Court.

I request this for the following
reasons: (1) There is and have always

been exculpatory evidence that was

deliberately ignored by the Courts.

I believe this case is a secret case file.
[Please Note: I request an extension of time]

U. S. District Court
New Haven, Ct
Page Two

Case-in-point, there was charge of
threathening my co-workers with a
gun. The prosecutors refused to
prosecute me. There was nothing to
the charge.

The U. S. Marshalls would nt arrest
me.

I am a very innoscent person.

I was asked to retire so that a young
white girl of twenty could stay in the
job because she had been bumped
out of her job, according to Union procedures.

The young woman was bumped by another
Black person.

U. S. District Court
New Haven, Ct.
Page Three

The bumping was correct. The Black

girl had worked there longer and

had seniority.

(2) I was approached by Marie King,

the Union Rep. for retirement. I re-

fused. I was only 49 at the time.
and deep in debt.
Not even eligible for Retirement at the

time. When I refused to leave, Marie

King and the Personnel Department

led by Director Lee Palmer harrassed

me to leave. I filed a Civil Rights law-

suit and afterwards I was fired.

## Certification

I hereby certify that a copy of the forgoing was mailed via first-class mail, postage prepaid, to:

Asst. Attorney General Maria Rodriguez.
55 Elm St.
P. O. Box 120
Hartford, Ct 06141-0120

J. William Gagne, Jr.
Attorney for Defendant,
AFSCME, Council 4,
AFL-CIO
Law Office of J. William Gagne, Jr. +
Associates, P.C.
1260 Silas Deane Highway
Withersfield, Ct. 06109

Eloise Easterling, pro se, Plaintiff
Eloise Easterling, pro se.

On this 29th Day of December 2006
Eloise Easterling

JUDY A. HAMNER
Notary Public, State of New York
No. 01HA6148672
Qualified in Erie County
Commission Expires June 26, 2010

before me,
Judy A. Hamner